Jenna Statfeld Harris, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3879
jharris@paulweiss.com

Ruth Deale Lowenkron, Esq.
EDUCATION LAW CENTER
60 Park Place, Suite 300
Newark, N.J. 07102
(973) 624-1815, ext. 21.
rlowenkron@edlawcenter.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.C. o/b/o T.C. and D.C.,<br><br>            Plaintiffs,<br><br>v.<br><br>MOUNT OLIVE TOWNSHIP BOARD OF EDUCATION,<br>            Defendant. | **Oral Argument Requested**<br><br>Civil Action No.: 2:12-cv-05592-KSH-PS<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that, upon Plaintiffs' Local Rule 56.1 Statement of Material Undisputed Facts in Support of Its Motion for Summary Judgment, dated May 3, 2013, and the accompanying

Memorandum of Law, Plaintiffs D.C. o/b/o T.C. and D.C. will move this Court before the Honorable Katharine S. Hayden, on June 17, 2013, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiffs' motion for summary judgment. Oral argument is respectfully requested. The grounds for this motion are set forth in Plaintiffs' memorandum of law and accompanying papers.

Dated:  New York, New York

May 3, 2013

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Jenna S. Harris
(jharris@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.   (212) 373-3879
Fax.   (212) 492-0879


EDUCATION LAW CENTER

Ruth Deale Lowenkron
(rlowenkron@edlawcenter.org)
60 Park Place
Suite 300
Newark, N.J. 07102
Tel.   (973) 624-1815
Fax.   (973) 624-7339


*Attorneys for Plaintiffs*
*D.C. o/b/o T.C. and D.C.*