UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.C. o/b/o T.C. and D.C.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MOUNT OLIVE TOWNSHIP<br>BOARD OF EDUCATION,<br>　　　　　　Defendant. | Civil Action No.: 2:12-cv-05592-KSH-CLW |

## DECLARATION OF JENNA STATFELD HARRIS

Jenna Statfeld Harris declares pursuant to 28 U.S.C. § 1746:

1.　　I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs D.C., and D.C. on behalf of T.C. ("Plaintiffs") in the above-captioned matter. I am a member in good standing of the Bar of the State of New Jersey and of this Court. I submit this declaration in further support of Plaintiffs' motion for preliminary injunction.

2.　　Attached hereto as Exhibit 1 is a true and correct copy of a letter, dated 04/11/2012, sent from Jenna Statfeld Harris, counsel for Plaintiffs, to Robin S. Ballard, counsel for Defendant Mount Olive Township

Board of Education ("Defendant") in the above-captioned matter, enclosing Plaintiff's Amended Due Process Petition.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, NY
         January 14, 2014

/s/ Jenna Statfeld Harris