# Exhibit 1



# ELC EDUCATION LAW CENTER

April 11, 2012

Robin Ballard, Esq.
Schenck, Price, Smith & King, LLP
220 Park Avenue
Florham Park, N.J. 07932

*David G. Sciarra, Esq.*
*Executive Director*

**Student Rights Project**

*Elizabeth Athos, Esq.*
*Senior Attorney*

*Ruth Deale Lowenkron, Esq.*
*Senior Attorney*

*Jenna L. Statfeld, Esq.*
*Skadden Fellow*

*Aimee Roche*
*Intake Coordinator*

Re:     T.C. c. Mount Olive Board of Education

Dear Ms. Ballard:

Enclosed please find a Parental Request for Due Process on behalf of D█
C█, challenging the District's proposed graduation date for her son. I am
hopeful that we will be able to resolve this matter, in addition to the other
petition, as soon as possible. However, in order to protect my client's rights, I
filed this petition.

Thank you in advance for your attention to this matter.

Sincerely yours,

Jenna Statfeld

## Parental Request for
## Mediation/Due Process Hearing/Expedited Due Process Hearing

***PLEASE NOTE***: In accordance with IDEA 2004, you must complete all the information requested as fully and accurately as possible.  Also, you must identify the specific reasons for the disagreement with the identification, evaluation, eligibility, classification, placement or provision of programs or related services for your child.  If the information is incomplete or the reasons for your disagreement are vague or unclear, the district may challenge the sufficiency of your request for a due process hearing.  Requests for mediation only are not subject to a sufficiency challenge.

**TWO copies of the entire petition** must be filed with the Office of Special Education (OSE) and **one copy of the entire petition** must be filed with the district.

\*Date: <u>April 10, 2012</u>

To:     Peggy McDonald, Director
        Office of Special Education
        NJ Department of Education
        P.O. Box 500
        Trenton, NJ 08625-0500

\*From: <u>D___ C_____</u>
        Full name of parent(s) submitting the request
Address:__████████████_____
_____████████████████_____
\*County: __███████_____
\*Home Phone: ███████████        \*Fax: (____) _____-_____
\*Work Phone:  (_ _) _____ - _____     \*Cell Phone: ██████████

\*Please check whether you will be represented by _X_ an attorney or assisted by __an advocate.

\*Name of attorney or advocate:  <u>Jenna L. Statfeld, Esq.</u>_____

\*Address: <u>Education Law Center</u>
<u>60 Park Place, Suite 300</u>_____
<u>Newark, N.J. 07102</u>_____
\*Phone: (<u>973</u>) <u>624</u> – <u>1815, ext. 25</u>      \*Fax: (<u>973</u>) <u>624</u> - <u>7339</u>
Child's Name: ███████_____     \*Date of Birth: _████████____
_____

\* Items marked with an asterisk are not required; however, providing the requested information will assist in expediting your request.

1

*Child's Address (If different from parent's address): _____

_____

In the case of a homeless child please provide contact information.

*District of Residence (district in which parent resides):   Mount Olive _____

 School the student attends:   Mount Olive High School _____

*District where the school is located:   Mount Olive _____

*Disability category:   Autistic _____

Please check **ONE** of the following boxes:

☐ **Mediation Only -** Please complete items 2 through 5 below

**X   Due Process Hearing -** Please complete items 1 through 5 below

☐ **Expedited Due Process Hearing** *for disciplinary matters only* - Please complete items 1 through 5 below

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. **Required Steps for a Due Process Hearing or an Expedited Due Process Hearing (discipline matters only)** – When a parent requests a hearing, the district is given an opportunity to resolve the matter before the hearing is scheduled.  The district is required to conduct a resolution session (within 15 days for a due process hearing and 7 days for an expedited due process hearing) and you are required to participate.  You and the district may choose to participate in mediation conducted by the OSEP in place of a resolution session, or both parties can agree to waive the resolution session and proceed directly to a hearing.

   **Upon receipt of this notice, a representative of the school district must contact you to arrange a resolution session.  If you would like to have the district consider other options, please check ONE of the following:**

   **X** I am requesting a mediation conference conducted by the OSE in place of a resolution session.  **If the district agrees to mediation in place of a resolution session, a representative of the district must contact the OSE at 609-984-1286 to facilitate the scheduling of the mediation conference.**

   ☐ I want to waive the resolution conference and proceed directly to a due process hearing.

   ---

   By signing below I am waiving the resolution session and mediation.  An authorized representative of the district must also agree *in writing* to waive the resolution period.

   ***Signature:*** _____

2

**2. Please provide a description of the nature of the problem and any facts related to the problem. Attach additional sheets as needed:**

See attached

**3. Please provide a description of how this problem could be resolved.  Attach additional sheets as needed:**

See attached

**4. A copy of this petition must be provided to the other party.  Please check to verify.**

__X__ A copy of this request was sent to the superintendent of the school district:

**Name of the superintendent**: Dr. Larrie Reynolds

**Address:**    Office of the Superintendent
           Mount Olive Board of Education
           89 Route 46
           Budd Lake, N.J. 07828

**5. Parent's signature:** *Jenna Stafeld* 0|6|0 D███ C███

**Note to parent(s) requesting a due process hearing:** The IDEA Amendments of 2004 provide that attorneys' fees may be reduced if the parent or parent's attorney unreasonably protracted the final resolution of the controversy or the attorney representing the parent did not provide to the district the appropriate information in the due process request.

3

Attachments

**2. Please provide a description of the nature of the problem and any facts related to the problem. Attach additional sheets as needed:**

T███ is an eighteen year old senior at the Mount Olive School District. He is classified as autistic, and his placement is in the general education classroom with an individual aide and resource center. As a result of the District's consistent failure to provide transition planning and services to T███ his transition goals have not yet been met and he is left unprepared for post-secondary life. He continues to remain eligible for special education services from the district. Nevertheless, on March 27, 2012, the district sent notice that T███ was scheduled to graduate at the end of the 2011-2012 school year. This petition is brought to challenge T███s scheduled graduation.

T███s transition plan and transition services have been, and remain, wholly inadequate. Even though he is in his senior year, T███is not currently enrolled in any vocational or skills-based classes. A representative from the Division of Vocational Rehabilitation Services (DVRS) has never attended an IEP meeting for T███ Although T███'s IEPs include "Coordinated Activities and Strategies" for transition services, the district has failed to comply with any of these planned activities in the following ways: the district has failed to obtain information regarding postsecondary education, failed to take any steps to provide T███with training opportunities, failed to visit potential post-school providers of related services, failed to explore assistive technology and possible adaptive assistance for daily living, and even, incredibly, failed to provide a career interest inventory or a Functional Vocational Evaluation to T███ (*See* pages 9-10 of T███s IEP, dated May 13, 2011, attached as Exhibit A. *See also* page 9 of T███'s IEP, dated October 19, 2011, attached as Exhibit B.) The district wants T███ to graduate in June 2012, but has left him completely unprepared for this transition.

T███'s mother has made numerous requests to the district for services for T███ For example, in an email to Julian Johnson, T███'s case manager, dated January 24, 2011, Ms. C███ expresses her concern about his "non-existent transition plan" and requests an "appropriate social skills program." *See* Exhibit C.

Transition services must be designed to facilitate the student's movement from school to post-school life, and must take into account the student's interests, strengths and preferences. Such services have not been provided, a program has not been followed, and T███'s individual needs and interests have not been considered or even examined. The district has failed T███ in transition planning at every step. Instead of providing the required, and badly needed, services, the district has instead proposed to graduate him this year. Such a proposal cannot stand.

4

The district deprived T███ of a free appropriate public education (FAPE) in a number of instances, and compensatory educational services are currently being pursued by a Complaint Investigation and a separate due process petition.

T███'s mother requested a Complaint Investigation by the New Jersey Department of Education (NJDOE) in the summer of 2011 after T███ was denied his Extended School Year (ESY) services during the previous summer. T███ has an extensively documented sensitivity to small children and loud noises. Nevertheless, the Child Study Team (CST) established an ESY placement for T███ for the summer of 2010 which included his acting as a teacher's assistant in a general education elementary school class. T███ was actually placed in a multiply disabled (MD) classroom and a preschool classroom where T███ was responsible for helping the preschoolers board the buses at the end of the day. Within a few days, T███'s anxiety predictably escalated so high that he was unable to return to the school. Despite T███'s mother's continued efforts to obtain compensatory education from the district during the 2010-2011 school year, she was wholly unsuccessful. As a result, she requested a Complaint Investigation by the New Jersey Department of Education in the summer of 2011. The state Complaint Investigation Report (attached as Exhibit D), concluded that the district not only failed to "implement the ESY program for the student as stated in the IEP," but furthermore, "upon realization that the student was experiencing difficulties, the district should have reconvened a meeting of the IEP team to address the issue" but did not do so. The report produced a Corrective Action Plan (CAP), with which the district remains out of compliance. The NJDOE remains involved in this matter.

T███ was illegally removed from school, and remained home without any instruction, from January 23, 2012 through March 27, 2012. T███'s mother filed for Emergent Relief and a Due Process Hearing on March 7, 2012, seeking T███'s immediate return to school, evaluations and other appropriate special education services. The Emergent Relief matter was settled, and T███ returned to school on March 27, 2012. The Due Process petition remains open, and T███ has not yet received compensatory education for his time illegally out of school. T███'s mother is seeking evaluations as part of the Due Process petition to better determine T███'s needs and required services. That matter is still pending.

3. **Please provide a description of how this problem could be resolved. Attach additional sheets as needed:**

T███ should not be graduated until he receives a FAPE, specifically including transition services. T███s graduation date must be determined based on his individual needs, which have not yet been met.

Exhibit A

# Mount Olive Township School District

## Individualized Education Program (IEP)

Student: T███ C████

Address: ███████████

Parent: D███ C████

Parent Home/Work Phone:
Cell ████████

Local ID Number: 11116

Date of Birth: ████████

Grade: 11

Eligibility Category: Autistic

Reval Due Date: 8/19/2010

Date of IEP Meeting: 5/13/2011

AR Due Date: 5/18/2011

*Second Meeting b/9 6/20/2011*

Current Program and Placement: Resource Center/In Class Supp.
Student Aide Required

IEP Implementation Date: *(written)*

Type of IEP Meeting: ☐ Initial    ✓ Annual Review    Reevaluation    Other: _____

### IEP Participants

Please sign in the appropriate space. A signature in this section of the IEP documents participation in the meeting and does not indicate agreement with the IEP.

*If a required member of the IEP team has been excused from participating in the meeting with parental consent, note the excusal in the required team member's space.

| Name | Role | Signature |
|---|---|---|
| Julian Johnson | School Social Worker | *Julian Johnson* |
|  | Regular Education Teacher ✓ |  |
| *Sharon Staszak* | Special Education Teacher |  |
| D███ C████ | Parent | D███ C████ |
|  | Student |  |
| June Knopf | Guidance Counselor |  |
| *Maureen Lamm* | Beh. Consultant | *Maureen Lamm* |
| *Andrew Roberts* | *Denotes Case Manager | |

I/We agree to hold this IEP meeting prior to being given 15 day notice.

*Advocate    Justin Alsopp*

*Monica Hoffmann   Grandmother*

Rev. 2/2/09 ab

1

## Present Levels of Academic Achievement and Functional Performance

**Student's Strengths:** *T███ is a pleasant, hard working student who takes pride in the quality of his work and academic performance. He shows interest and adeptness in Claymation and graphic arts. He is a member of the MOHS Drama Club, in which he assisted as part of the stage crew for productions during the school year. T██ exhibits concrete thinking as well as good memory and recall skills.*

**Parent concerns for enhancing the education of the student:** *Parent would like for teachers to get more specialized training on delivering instruction to autistic students, particularly in the area of differentiated instruction, modification of tests, assignments, etc. Parent wants teachers to find ways to implement modifications without altering the curriculum and to base their assessments of T███ on what is presented in class. Parent remains concerned about T██'s sensory integration strategies, and would like T██ to have access to exercise equipment (treadmill, elliptical machine) to utilize as part of his sensory diet. Parent does not want T██ pulled from academic classes for related services. Parent wants T██ to get the necessary level of support as a learner and as a member of the school community, particularly in the area of social skills development.*

**Most recent evaluation results:** *Final Report grades 2010-2011: Computer Graphics B+, Study Skills A, RC Algebra II A, PE/Health A, Physical Science B+, Theatre Arts II A-, RC English III B, World History B+.*

*Neuropsychological Evaluation: 4/2011: T██'s executive weaknesses affecting processing speed and modulation appear more prominent and his relative weaknesses in language functioning persist. Consistent with observed behaviors during the intake and testing, notable impairments in social pragmatics are evident. In addition to his cognitive variability, these deficits impact significantly on his daily functioning. On the other hand, assets in aspects of visual processing and problem solving are evident as are strengths in self-care skills. Overall, T██'s presentation is clearly driven by both behavioral and cognitive factors and recommended interventions should be geared to adequately address both aspects. It is important that his instructors are familiar with the particular educational and social needs of HFA students, which can be achieved in the general education environment. It appears that the current arrangement of a certified teacher functioning as his aide has proven to be appropriate and necessary given his needs. T██ will require a therapeutic environment to address socialization and pragmatics. Components should include social skills training in both group and individual settings. T██ will require speech and language therapy services to address language pragmatics. T██'s program requires specific life skills training in preparation for his transition post high school. Referral to the Division of Developmental Disabilities is recommended.*

*Social Assessment: 9/2010: T██ C██ resides with his mother and younger brother in a single family home in Budd Lake, NJ. T██ is eligible for special education and related services under the category of Autistic. T██ is a huge train enthusiast who enjoys working with his train set. He also enjoys playing basketball, volleyball, taking pictures, drawing, swimming and working as part of the stage crew with the MOHS Drama Club. Due to T██'s weak expressive language skills, it is difficult to discern when something is bothering him. T██'s own emotions are unclear to him at times, which can often make it difficult for him to discern whether he is angry or sad. Because T██ does not experience incidental learning, it is often necessary to teach him the samke skill set in different settings, with emphasis on the way he needs to learn.*

*ABA 1/2008: Continue to work on expanding T██'s language and communication fluency with emphasis on conversational skills and interaction with peers.*

*Audiometric Evaluation: 6/07: Results reveal normal peripheral hearing sensitivity and middle ear function, but auditory processing deficits were noted in binaural integration, binaural separation, auditory pitch patterning, auditory closure, auditory figure ground, and phonemic synthesis.*

**Communication needs of the student:** *Speech/Language therapy to address language pragmatics.*
**Assistive technology devices and services required by the student:** ***Laptop to be provided by MOHS.***
**In the case of a student whose behavior impedes his/her learning or that of others:**

☐ See attached Behavioral Interventions for strategies, including positive behavioral interventions and supports to address the behavior

✓ Not applicable

Note: If in considering the special factors, the IEP team determines that the student needs a particular device or service (including an intervention, accommodation or other program modification) to receive a free, appropriate public education, the IEP shall include a statement to that effect in the appropriate section. If a factor is not applicable, it will be noted as such.

## Present Levels of Academic Achievement and Functional Performance
(continued)

In the case of a student with limited English proficiency, the language needs of the student as related to the IEP:
T███ speaks English.

In the case of a student who is blind or visually impaired, How instruction in Braille and the use of Braille will be provided:
T██ is not visually impaired.

In the case of a student who is deaf or hearing-impaired, (1) The student's language and communication needs; (2) Opportunities for direct communication with peers and professional personnel in the student's language and communication mode; and (3) The student's academic level and a full range of opportunities for direct instruction in the student's language and communication mode:
T███ has full hearing capacity.

Beginning at age 14, or younger if determined appropriate by the IEP Team, the need for technical consultation from the Division of Vocational Rehabilitation Services, Department of Labor, and other agencies providing transition services:
DVRS consultation will take place during 2010-2011 academic year.

## Present Levels of Achievement and Functional Performance
### (continued)

Relevant data shall be considered.  The sources of information used to develop the IEP are listed as follows:
Input from parent, reports from present teachers, and review of test results. *T███ has color deficiencies, which must be taken into consideration in academics.*

A description of the present levels of performance, including how the student's disability affects the student's involvement and progress in the general curriculum:
(For preschool children, as appropriate, how the disability affects the child's participation in appropriate activities)

**Any other educational needs that result from the student's disability:**
*T███ will be provided with a laptop to assist with integration of curriculum.*

*T███'s health is generally in good condition.  T███ may need a few minutes to walk around school to process the environment before he is ready to begin work.  It is helpful when he can define his space and avoid "shutting down" in a new environment.  T███'s aide can add activities from the OT sensory diet whenever needed, particularly utilization of the treadmill or elliptical machine.*
*Parent does not want T███ pulled from academic subjects for related services.*

Academic Achievement Functional Performance

 C██                                                May 13, 2011

T██ is currently an 11th grade student enrolled at Mt. Olive High School. He is eligible for special education and related services under the category of Autistic. He is currently enrolled in the following Resource Center classes: Study Skills, Algebra II and English III. T██ is in general education classes for Computer Graphics, PE/Health 11, Conceptual Physical Science, Theatre Arts II and World History. T██'s grades have consistently been within the A and B range. T██ will be enrolled in all General Education classes during his senior year, with the exception of Study Skills.

T██'s teacher noted his strengths in the classroom as respectful, responsive and positive toward peers and staff. T██ displays some difficulty understanding abstract concepts, which is a prominent aspect of his disability. At times T██ displays visible signs of frustration during class, which can be addressed by providing more individual attention or by having his aide escort him from the classroom to engage in movement activities that are part of his sensory integration diet.



T██ began receiving assistance from a new teacher aide on May 3, 2011. Since that time, teachers have observed considerable improvement in his disposition and level of effort displayed in class. It has been noted that T██ is much happier coming to school and that he has been completing all of his class work and homework. He has been asking questions of his teachers and socializing with classmates in group activities. He appears to be more tolerant of loud noises and has demonstrated the ability to ignore a particular student when encountered in the hallway whereas he previously had difficulty in doing so. INARA JANSONS — TOOK AWAY IN JUNE FROM TY BY DIST. AIDE — CERT. TEACHER

In Algebra, T██ has volunteered with answers and is completing his homework. In Graphic Arts, he has stayed on tasks with projects, socializes with classmates and looks forward to going to class. Theatre Arts is one of his favorite classes and he has been successfully engaged with his group projects. Overall, T██ has been a more active participant in all of his classes and has displayed a more positive disposition toward coming to school.

Name: T███ C███                                      Date:  May 13, 2011

Study Skills
Annual Goals and Benchmarks

P=Progress      M=Mastered      O=Not Covered      NR=Needs Review

| 1 | 2 | 3 | 4 | Student will improve his/her Study Skills by: |
|---|---|---|---|---|
| | | | | Student will use and check Agenda for each class. |
| | | | | Student will bring uncompleted assignments to review and finish. |
| | | | | Starting a task without prompting. |
| | | | | Staying on task to complete an assignment. |
| | | | | Student will ask a peer or adult for assistance appropriately when needed. |
| | | | | Student will Complete homework assignments daily and returning them to school the following day. |
| | | | | Student will work with a peer buddy. |
| | | | | Following one-step directions without verbal reminders. |
| | | | | Student will identify different learning modalities (ie auditory, visual etc. ) |
| | | | | Student will identify personal primary and secondary learning modalities. |
| | | | | Student will describe those presentations that allow learning. |
| | | | | Student will develop study methods appropriate to personal learning style. |
| | | | | Student will when given a difficult assignment, will ask the subject teacher for help at a appropriate time during class. |
| | | | | Student will when given a difficult assignment, will ask the special education teacher for help at an appropriate time during class. |
| | | | | Student will when given a difficult assignment, will ask the all directions on the test. |
| | | | | Student will when given multiple choice, short answer or essay test, he/she will read all directions. |
| | | | | Student will when given multiple choice, short answer or essay test, he/she will review the entire test. |
| | | | | Student will when given an essay test, he/she will develop an outline for an answer to each question. |
| | | | | Student will take notes from a reading assignment. |
| | | | | Student will apply notes to studying. |
| | | | | Student will take notes from material presented orally. |
| | | | | Student will demonstrate the ability to use computer programs through teacher's observation of daily class work. |
| | | | | Student will improve the application of test-taking as reflected in improved test scores |
| | | | | Student will demonstrate the ability to organize materials and notebook as reviewed by the teacher on a weekly basis. |

Evaluative Criteria: 80% accuracy
Evaluative Procedure: daily assignments, notebook, chapter reviews, passing
grades on quarterly reports and classroom assessment

T█ C█                                                    May 2011

ABA Update                                              Maureen Lamm BCBA

Goal: To have T█ walk by, without saying anything or touching anyone, when a specific student is making loud unexpected noises.

Steps:

1. Introduce T█ to the idea of working towards the goal and allow him the opportunity to tell us when he is ready for the next step.    Completed- 5/3/11

2. Give T█ access to a preferred item while looking at a picture of the student. Completed- 5/4/11

3. Give T█ access to a preferred item made by student while viewing a short video clip of the student speaking to T█. Completed- 5/6/11

4. Give T█ access to a preferred activity while a 15-minute video of the student telling a story is playing in the background.

5. Teach T█ calming techniques to use when he feels his system is starting to run high.

6. Role play calming techniques

7. Give T█ access to a preferred activity and randomly play a video clip of student emitting loud noises so T█ has an opportunity to practice alternate responses in a controlled environment.

"THE STUDENT"
  IS  SAME
      STUDENT
      THAT  TJ
      ALLEGDLY
STRUCK OUT AT.

NOT  IN "NEW"
     IEP —
     REMOVED BY
CASE  MGR
     JULIAN  JOHNSON

WAS  THIS  THE  RIGHT       )
  ⟶ INTERVENTION            I WASNT
( BEHAVIORAL     ?          GIVEN
                           UPDATES.

Occupational Therapy Goals and Report Card  2010-2011

Name: T███ C████
Marking Periods:

        1   2   3   4

1.   T███ will improve sensory processing skills as needed in the school environment:
     a.   __ __ __ __ interpret and respond to tactile, vestibular, and proprioceptive input;
     b.   __ __ __ __ recognize levels of alertness (high, low, just right);
     c.   __ __ __ __ identify activities that will change his levels of alertness;
     d.   __ __ __ __ seek appropriate movement activities to change level of alertness;
     e.   __ __ __ __ actively participate in movement activities;
     f.   __ __ __ __ plan and carry out a motor sequence to accomplish a complex task
          spontaneously;
     g.   __ __ __ __ demonstrate body awareness by being aware of objects and people
          in his path.
     h.   __ __ __ __ copy a sentence in cursive from far point with good letter direction
          and smooth connectors.


     Scale:  1=introduced
             2=emerging (successful 25% of the time)
             3=improving (successful 50% of the time)
             4=progressing (successful 75% of the time)
             5=mastered (successful 100% of the time

EVALUATION CRITERIA, PROCEDURE, AND SCHEDULE:
        Expected motor skills observed 80% of the time as measured by therapist observation
and recorded on a quarterly basis.

TECHNIQUES AND ACTIVITIES TO SUPPORT PERSONAL AND SOCIAL GROWTH:
        Allow movement, standing, etc. when possible.
        Provide praise and encouragement.
        Support and encourage all efforts and accomplishments.
        Provide opportunities to demonstrate strengths.
        Use structured play activities to encourage appropriate interaction.
        Encourage to work in small group so all can benefit from the experience.

T█ C████: Present aide support                                     June 2011

Submitted by Maureen Lamm, BCBA with consultation from Inara Jansons, present certified aide


Inara presents herself as T██'s coach.

She enforces and reinforces the teacher's rules.

The teacher gives the written and primary directions.

Inara feels the teacher's directions can be confusing for T██ so Inara organizes and rewords them.

Frequent verbal prompts are to help T██ maintain focus and to help him organize and prioritize his assignments.

Inara verbally prompts T██ to do each step of his assignments. It is felt that this frequent prompting is necessary and is what has helped T██ function in school more positively.

Focus next year should be to gradually fade the amount of prompting to the least amount necessary.

To help develop organizational skills, Inara will ask questions rather than give specific directions.eg. What are you supposed to do?

T██ needs reinforcement with academics so she feels any aide for T██ needs to know the academic material.

Inara structures T██'s work by alternating easy and hard tasks.

When logical reasoning is used T██ usually attempts tasks he prefers not to do.

Inara brings T██r to the library to work in a quiet environment when extra focus or extra direction is needed.

Inara's primary focus is on T██ and not on the other student's in the room.

Inara sits in the back of the room and moves in and out of T██'s instructional space as needed. This is to facilitate independence and interaction with other students. It also helps T██ keep focus on the classroom teacher.

T██ works well with a peer and Inara facilitates this when she sees the opportunity.

Inara uses sensory input approximately three times a week.

Inara feels an aide who is confident in the way they state directions is important for T██.

May 29, 2011

To Whom It May Concern:

I , ██ C█████, give my mother, D███ C████, permission to make all decisions for my education and IEP on my behalf.

Sincerely,



T██ C█████

## Statement of Transition Planning

Beginning with the IEP in place for the school year when the student will turn age 14 or younger, if appropriate, develop the long range educational plan for the student's future.  Review annually.

Statement of the Student's Strengths, Interests and Preferences.  *T___ enjoys videos, computers, stage work, reading, and playing Wii video games.  He has an interest in pursuing computer animation as a full time career.*

### Appropriate Measurable Postsecondary Goals

**Post Secondary Education:**  (Including, but not limited to, college, vocational training, and continuing and adult education)
*T___ expressed interest in attending college after graduating from high school.*
**Employment/Career:**
*T___ is interested in pursuing a full time career in computer animation.  He also expressed interest in working in the theatre arts field.*
**Community Participation:**  (Including, but not limited, to recreation and leisure activities, and participation in community organizations)
OUTDATED INFO BILLED OVER BY C.M.
*T___ is an active member of the Best Buddy program and Teen Advisory Group (TAG)  The Teen Advisory Group meets monthly at the Mt. Olive Library.  Participation in the Teen Advisory Group gives T___ additional opportunities to interact with other students and to volunteer his time, which has been an integral part of his life.  With support, T___ developed the Music and Film club, which meets monthly at the Mt. Olive Library.  The club currently has 15 members and is steadily growing.  This club provides another avenue to integrate his varied interests into his community involvement and interaction with other students.  In October 2008, T___ attended the Student Voices of Self Advocacy, which was sponsored by SPAN.  He also attended the Dare to Dream program with other students from MOHS.  Both programs are designed to assist students with transition planning and self development.  This past summer, T___ attended the Broadway Summer Conservatory, which is a drama camp* 2009 *offered to MOHS students.  T___ participated in acting, directing, and set building.  As part of T___'s transition process, this experience merged one of his personal interests with postsecondary and career goals.*
**Independent Living:**
*T___'s goal is to live independently in his own apartment as an adult.*

### Courses of Study

Considering the student's strengths, interests, preferences, and desired postsecondary goals, list the specific courses of study for the period of time covered by this IEP.  Include both general education and special education courses.  When appropriate, identify the courses of study projected for future years.

**Grade:** ___9___   **Courses of Study** (List course names):  PE/Health, Crafts I, Computer Keyboarding, Desktop Publishing, RC English I, Exploratory History I, Algebra I with In Class Support, Earth Science Core with In Class Support, Study Skills.

**Grade:** ___10___   **Projected Courses of Study** (List course names): RC English II, Exploratory History II, Geometry with In Class Support, Biology with In Class Support, PE/Health, Study Skills, Foundations of Spanish, Computer Graphics

**Grade:** ___11___   **Projected Courses of Study** (List course names): RC English III, RC Algebra II, Study Skills, RC World History, PE/Health, electives.

**Grade:** ___12___   **Projected Courses of Study** (List course names): Core English IV, Study Skills, Math or Science, PE/Health, electives

| Related Strategies and/or Activities |
|---|
| In addition to the courses listed above, list related strategies and/or activities that are consistent with the student's strengths, interests, and preferences, and are intended to assist the student in developing or attaining postsecondary goals related to training, education, employment and, if appropriate, independent living. |

## STATEMENT OF CONSULTATION

☑Informative/advice is needed from Division of Vocational Rehabilitation Services and/or other agency or agencies.  List the name of any agency from which consultation is needed:

- DVRS
- CASE Horizons
- Division of Developmental Disabilities

Name of School Staff Person who will be the liaison to postsecondary Resources:

**School Social Worker, Guidance Counselor**

### Statement of Needed Interagency Linkages and School District Responsibilities:

Agency: Division of Developmental Disabilities

School District Responsibilities: Maintain contact with DDD case manager.

Student /Parent Responsibilities: Parents have registered T███ with DDD.

Agency: Division of Vocational Rehabilitation Services (DVRS)

School District Responsibilities: Invite the student and parent to attend an information session presented by a DVRS representative.

Student /Parent Responsibilities: Attend the information session, make an appointment with DVRS representative, register student.

Agency: C.A.S.E. (Center for Academic Support and Enrichment) Horizons at the County College of Morris 973-328-5284; www.ccm.edu/horizons

School District Responsibilities: Provide program information to student and parent.

Student /Parent Responsibilities: Student and parent are required to contact CASE Horizons to schedule a time to meet with a representative from the program. At this time, an application will be given to the student to complete and submit.

8

## STATEMENT OF NEEDED TRANSITION SERVICES:
### COORDINATED ACTIVITIES AND STRATEGIES

Beginning at age 16 or younger, if appropriate, complete the following multi-year plan for promoting movement from school to the student's desired post-school outcomes.  The student's needs, interests and preferences in each area (instruction, community experiences, etc.) must be considered, and responsibilities should be shared among participants (student, parent, school staff, outside agencies, employers, etc.).

Name of the school staff person who will be the liaison to post-secondary resources:

| Activities/Strategies Related to Post-Secondary Outcomes | Expected Date of Implementation | Person or Agency Arranging and/or Providing Services |
|---|---|---|
| **Instruction – Post Secondary Education/Training:** <br> • *Obtain information regarding admissions, tuition assistance, program offerings for students who require greater levels of support* <br> • *Contact theatre unions for prospective opportunities within stage crew* <br> • *Obtain program information from DDD, DVRS, CASE Horizons* <br> • *Attend information session at MOHS, presented by DVRS representative* | *2010-2011* <br> *2011-2012* | *School Social Worker, Guidance Counselor, Student, Parent* <br><br> DID NOT DO ANY OF THIS |
| **Related Services:** <br> • *Visit potential post school providers of related services* | 2011-2012 | *School Social Worker* <br> NO |
| **Community Experiences:** <br> • *Student encouraged to continue participation in MOHS clubs/organizations and local community activities* | 2010-2011 <br> 2011-2012 | *Student, MOHS, School Social Worker* ? |
| **Employment:** <br> • *Take career interest inventory, assess personal strengths, interests* | *2010-2011* <br> *2011-2012* → | NOT DONE <br> *School Social Worker, Guidance Counselor* |
| **Adult Living Objectives:** <br> • *Learn about services offered through Division of Developmental Disabilities* | 2010-2011 | *School Social Worker, Parents* NO |
| **Daily Living Skills:** <br> • *Explore assistive technology and possible adaptive assistance* | 2010-2011 <br> 2011-2012 → | NOT DONE <br> *School Social Worker* |
| **Functional Vocational Evaluation:** | 2011-2012 | *Special Services,* |

? – WHERE WHEN ?

Rev. 2/2/09 ab

| | | |
|---|---|---|
| *Pre-vocational evaluation may be conducted during student's senior year in high school* | | *Guidance Counselor* |

## Behavioral Interventions

➢ **Target behavior:**
Considered not needed.

➢ **Prior interventions (if any) / Student response:**

➢ **Description of the positive supports/interventions:**

➢ **Data collection and management system:**

➢ **Conditions under which the supports/interventions will be implemented:**

➢ **Conditions under which the supports/interventions will be terminated:**

➢ **Parental involvement:**

11

## Annual Goals and Benchmarks/Objectives

A statement of measurable annual goals that shall be related to the core curriculum content standards through the general education curriculum unless otherwise required according to the student's educational needs. Preschool academic goals should be related to the Preschool teaching and learning expectation: Standards of Learning

| Instructional Area:<br>**2010-2011 In Class Support/ Resource Center**<br>2011-2012 In Class Support | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Annual Measurable Goal:**<br>See attached. | | | | | | | |
| **Benchmarks or**<br>**Short Term Objectives:** | **Evaluation**<br>**Criteria** | **Evaluation**<br>**Procedure** | **Progress** | | | | |
| See attached. | 100% mastery | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### Modifications and Supplementary Aids and Services in the Regular Education Classroom

| Modifications to enable the student to participate<br>In the general education curriculum | Supplementary aides<br>And services |
|---|---|
| See attached | See attached |

### Modifications and Supplementary Aids and Services in the Special Education Classroom

If the student will not be participating in the regular education classroom, the following modifications and supplementary aids and services will enable the student to be involved in and progress in the general education curriculum in the special education classroom:

See attached

Rev. 2/2/09 ab

Modifications and Supplementary Aids and Services

T█ C█
May 13, 2011
## Modifications and Supplementary Aids and Services in the
### General Education Classroom

**Supplementary aids and services:**

- **Teachers encouraged to attend workshops, training, etc. to learn the culture of autism**
- **T█ will change for Physical Education in the bathroom across from Room B29**
- Use of laptop to assist with integration of lesson
- Use calculator and computer, as needed for homework assignments
- Consultation between the General Ed and Special Ed teachers
- Return tests after it is graded; problem areas on tests must be communicated home
- **Avoid using non-verbal body language (ex. Pointing, tapping, snapping fingers) to communicate with T█**
- Special Ed Teacher will provide a copy of class notes and check notebook
- In-Class Support teacher will provide organizational strategies and materials
- **General Ed teacher/ Special Education will send home a study guide one week prior to test**
- **Study guide for final exam to be provided 2 weeks in advance**
- **Study guide content and format must match the modified test**
- **Provide word bank for tests as needed**
- **Multiple choice quiz and test questions**
- **Allow for physical breaks as needed; do not penalize grading or attendance**
- **All handouts need to be clear (no color copies), Enlarged print, No hole punches, No front and back copies**
- **Give examples and instructions for homework assignments and projects for parent to assist with reinforcement at home**

**Modifications to enable the student to participate in the general education curriculum:**

- **Provide copy of books to be kept at home for parents to support curriculum**
- **Reduce volume of homework (limit handouts to 1 sheet per night)**
- Allow extended time for class assignments and tests
- Grade on work that was completed
- Check early into assignments to determine level of understanding
- Demonstrate tasks with examples
- Pair with another student, when appropriate
- **Reduce amount of content for which student will be responsible**
- Encourage oral responses in all classes
- Set time frames for work completion
- Use multi-modal presentation of materials (video lessons, visuals, power point, student centered teaching, etc.)
- Provide for a notebook check
- Modify test format
- **Credit for test corrections**
- **Opportunity to retake tests in Resource Center, highest grade will count, without averaging results**
- Allow to make quiz and test corrections for credit
- Provide assistance immediately when frustration is evident

## Modifications and Supplementary Aids and Services in
### the Special Education Classroom

*If the student will not be participating in the general education classroom, the following modifications and supplementary aids and services will enable the student to be involved in and progress in the general education curriculum in the special education classroom:*

- Modify general education curriculum where needed
- Use a multi-modal approach to instruction
- Provide task demonstration
- Provide organizational materials and strategies
- Re-focus, reinforce, re-teach or clarify information

- Allow extra time for assignments
- Provide short-term goals
- Provide opportunities for hands on activities
- Set time frames for work completion
- Provide rewards for task completion
- Maintain parent/ teacher contact
- Provide assistance immediately when frustration is evident

## Supports for School Personnel

Supports for school personnel that are provided for the student:

- Conference with Case Manager as requested
- Case staffing upon request
- Consultation between the General and Special Education Staff
- Department meetings with Principal / Department Chairperson
- In-service training —— NOMS / AUTISM
- Consultation with the Child Study Team as requested

## Progress Reporting

How parents will be regularly informed of the student's progress toward the annual goals:

| Method | Schedule |
|---|---|
| Progress Reports | 4 times annually |
| Reports Cards | 4 times annually |
| IEP Review | Annually / per parent or staff request |
| Parent Conference | Annually / per parent or staff request |
| Phone Contacts / Correspondence with Parent | As Needed |

## Rationale for Removal from General Education

Decisions regarding placement are based on the individual needs of students and must begin with consideration of the general education setting. The purpose of this page is to document the discussions that have occurred with respect to accommodations, modifications, and supplementary aids and services in each academic or functional area that are necessary to educate the student in the general education setting.

If the student will be included in the general education setting for more than 80% of the time, <u>no rationale is required.</u> Items 1 through 3 of this section of the IEP need not be completed or included in the student's IEP.

If a student will <u>not</u> be included in the general education setting for more than 80% of the time, items 1 through 3 below MUST be completed for each CONTENT/SUBJECT AREA

Identify the supplementary aids and services that were considered to implement the student's annual goals. [N.J.A.C. 6A:14-4.2 (a) 8i]. Explain why they are not appropriate to meet the student's needs in the general education class:

*Student will be included in the general education setting for more than 80% of the time, no rationale is required.*

Document the comparison of the benefits provided in the regular class and the benefits provided in the special education class [N.J.A.C. 6A:14-4.2 (a) 8ii].

*Student will be included in the general education setting for more than 80% of the time, no rationale is required.*

Document the potentially beneficial or harmful effects which a placement (in the general education class) may have on the student with disabilities or the other students in the class [N.J.A.C. 6A:14-4.2 (a) 8iii].

*Student will be included in the general education setting for more than 80% of the time, no rationale is required.*

## Modifications in Extracurricular and Non-Academic Activities

State the modifications that will be provided to enable the student to participate in extracurricular and nonacademic activities [N.J.A.C. 6A:14-3.7 (e) 4ii]. Explain the extent, if any, to which the student will not participate with nondisabled peers in extracurricular activities and nonacademic activities [N.J.A.C. 6A:14-3.7 (e) 6]. In addition, for students in an out-of-district placement, delineate how the student will participate with nondisabled peers in extracurricular and nonacademic activities including, if necessary, returning the student to the district in order to facilitate such participation [N.J.A.C. 6A:14-3.7 (e) 17]. *An aide is necessary for T███ to participate in extracurricular or non-academic activities.*

# Document the Placement Decision According to the Following Categories
### (check ONLY ONE box)

*Note:  In accordance with federal data collection requirements, a student in an out-of-district segregated placement for 50% or more of the school day must be reported as being in that setting for the entire day, regardless of whether the student is in a general education setting for the remainder of the school day.

## Students with Disabilities Ages 6 – 21

- ☑ In the presence of General Education Students for 80% or more of the entire school day
- In the presence of General Education Students between 40% and 80% of the entire school day
- ☐ In the presence of General Education Students for less than 40% of the entire school day
- ☐ Public Separate School (In buildings with NO General Education Students)*
- ☐ Private School for the Disabied (Only day educational costs paid by the district)*
- ☐ Private Residential School for the Disabled (**BOTH** day and residential costs paid by the district)
- ☐ Home Instruction
- ☐ Public Residential Facility (For reporting by State Agencies ONLY – Department of Human Services, Department of Children and Families; Department of Corrections; Juvenile Justice Commission)

## Students with Disabilities Ages 3 – 5

- ☐ Children attending a General Early Child Program or Kindergarten for more than 80% of the school day.
- ☐ Children attending a General Early Child Program or Kindergarten between 40% and 80% of the school day.
- ☐ Children attending a General Early Child Program or Kindergarten less than 40% of the school day.
- ☐ Separate Class
- ☐ Separate School
- ☐ Residential Facility
- ☐ Home
- ☐ Service Provider Location

## Transition Planning for Students in Separate Settings

For students in a separate setting (for all or part of a school day), set forth activities necessary to move the student to a less restrictive placement.  A separate setting is defined as a building without general education students.

# Special Education Determinations

## Length of School Day

Length of school day, if different from length of regular school day: Same as regular school day

## Extended School Year (ESY)

Determine whether the student needs an extended school year (ESY) program. An extended school year program is provided in accordance with the student's IEP when an interruption in educational programming causes the student's performance to revert to a lower level of functioning and recoupment cannot be expected in a reasonable length of time. [N.J.A.C. 6A:14-4.3 (c)].

☑ This student **needs** an extended school year program.

☐ This student **does not need** an extended school year program.

**Specific factors considered in this determination:**

**If the student requires an ESY, a description of the extended school year program, including its duration:**
T█████ requires an ESY Program that will provide curriculum reinforcement to prevent regression and opportunities to continue development of social skills.

## Elementary Transition

A statement of the student's transition from an elementary program to the secondary program, which shall be determined by factors including number of years in school; social, academic and vocational development; and chronological age.

Rev. 2/2/09 ab

# Placement Decision

The placement is provided in educational settings as close to home as possible and when the IEP does not describe specific restrictions, the student is educated in the school he or she would attend if not disabled.

Placement: Mount Olive High School 11th Grade 2010-2011          12th Grade 2011-2012

Program: Resource Center/In Class Support

Hi =Home Instruction        GE=General Education        SC=Special Class        SI=Supplemental Instruction
RC-ICR=Resource Center In Class Resource        RC-OCR=Resource Center Out of Class Replacement

# Special Education and Related Services

| Special Education: (by instructional area) | Begin Date | End Date | Frequency | Duration | Location |
|---|---|---|---|---|---|
| Study Skills, English | 5/12/2011 | 6/22/2011 | 3 out of 4 times in a rotating block schedule | 55 minutes | Resource Center |
| Study Skills | 9/2011 | 5/12/2012 | 3 out of 4 times in a rotating block schedule | 55 minutes | Resource Center |
| English, Math with In Class Support | 9/11 | 5/12/2012 | 3 out of 4 times in a rotating block schedule | 55 minutes | General Education |
| **Related Services:** | | | | | |
| 1:1 Aide | 5/12/11 | 6/11 | 5 times per week | Daily and at lunch | School Setting |
| 1:1 Aide | 9/11 | 5/12/2012 | 5 times per week | Daily and at lunch | School Setting |
| Speech | 9/11 | 5/12/2012 | Minimum of 58 sessions in a 10 month calendar | 20 minutes | Designated Speech Location |
| | | | | | |
| | | | | | |
| | | | | | |

Rev. 2/2/09 ab

| *Extended School Year* | *7/5/2011* | *8/8/2011* | 4 days per week (Mon-Thur) | 8:30-12:30 | *Tinc Road Elementary School* |
|---|---|---|---|---|---|
| *Extended School Year Speech* | *7/5/2011* | *8/8/2011* | 2 days per week (Mon-Thur) | *20 minutes* | *Tinc Road Elementary School* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Note:  For in-class programs, the amount of time the resource center teacher is present in the class shall be indicated. | | | | | |

18

Rev.  2/2/09 ab

## Participation in Districtwide and Statewide Assessment Program

| Assessment | Modifications / Accommodations [N.J.A.C. 6A:14-3.7 (e) 7] | If the student will not be participating in a subject area or areas of a districtwide or Statewide assessment, explain why that assessment is not appropriate [N.J.A.C. 6A:14-3.7 (e) 7i]. | State how the student will be assessed if the student will not participate in Statewide or districtwide assessment |
|---|---|---|---|
| **District Assessment** | | | |
| **Grade 3 State Assessment**<br>☐ Language Arts Literacy<br>☐ Mathematics | | | APA<br>☐ Language Arts Literacy<br>☐ Mathematics |
| **Grade 4 State Assessment**<br>☐ Language Arts Literacy<br>☐ Mathematics<br>☐ Science | | | APA<br>☐ Language Arts Literacy<br>☐ Mathematics<br>☐ Science |
| **Grade 5 State Assessment**<br>☐ Language Arts Literacy<br>☐ Mathematics | | | APA<br>☐ Language Arts Literacy<br>☐ Mathematics |
| **Grade 6 State Assessment**<br>☐ Language Arts Literacy<br>☐ Mathematics | | | APA<br>☐ Language Arts Literacy<br>☐ Mathematics |
| **Grade 7 State Assessment**<br>☐ Language Arts Literacy<br>☐ Mathematics | | | APA<br>☐ Language Arts Literacy<br>☐ Mathematics |
| **Grade 8 State Assessment**<br>☐ Language Arts Literacy<br>☐ Mathematics<br>☐ Science | | | APA<br>☐ Language Arts Literacy<br>☐ Mathematics<br>☐ Science |
| ☑ HSP  or  ☐ SRA<br>☑ Language Arts Literacy<br>☑ Mathematics<br>☑ Science | Extended time, smaller class with familiar person, frequent breaks, reader for directions, clarify directions, immediately remove from taking test at first visible sign of distress | | APA<br>☐ Language Arts Literacy<br>☐ Mathematics<br>☐ Science |

# Transfer of Rights at Age of Majority

**OPTION I:** At least three years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority, unless the parents obtain guardianship. The district may use the following description to document that the student and parents have been informed of the rights that will transfer. The IEP team <u>may</u> include this statement at age 14 when transition planning begins.

On __4/16/2011_____ (date), ____T█ C█_____ (student) will turn age 18 and become an adult

student. The following rights will transfer to _____█ C█_____ (student):

☐ The school district must receive written permission from the student before it conducts any assessments as part of an evaluation or reevaluation and before implementing an IEP for the first time.

☐ The school must send a written notice to the student whenever it wishes to change or refuses to change the evaluation, eligibility, individualized education program (IEP) or placement, or the provision of a free, appropriate public education (FAPE).

☐ You, the parents, may not have access to the student's educational records without his/her consent, unless he/she continues to be financially dependent on you.

The district will continue to provide you, the parent (s), with notice of meetings and of any proposed changes to your adult child's program.

Any time the student disagrees with his/her special education program, he/she is the only one who can request mediation or a due process hearing to resolve any disputes arising in those areas.

If the student wishes, he/she may write a letter to the school giving you, the parents, the right to continue to act on his/her behalf in these matters.

**OPTION II:** At least three (3) years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority unless the parents obtain guardianship. The district may inform the student and the parent(s) by letter of the rights that will transfer. If a letter is used, complete the following:

☐ _____was informed in writing on _____of the
        (Name of Student)                          (Date)

rights that will transfer to him/her at age eighteen.

☐ _____was/were informed in writing on _____of
        (Name of Parent(s))                         (Date)

the rights that will transfer at age eighteen.

# Graduation Requirements

Beginning at age 14, identify the State and local graduation requirements that the student will be expected to meet. The statement must be reviewed annually. If the student is exempted from meeting any of the graduation requirement that all students are expected to meet or if any of the requirements are modified, provide a rationale below and list any alternate proficiencies the student is expected to achieve.

☐ This student is <u>not</u> exempt from state and local high school graduation requirements.

✓ This student <u>is</u> exempt from state and local high school graduation requirements, as indicated below.

| Rationale for Exemption From Graduation Requirements | | Alternate Requirements |
|---|---|---|
| HSPT/HSPA: | ✓ Exempt    ☐ Not Exempt | T███ is exempt from passing the HSPA examination. |
| Attendance: | ☐ Exempt    ✓ Not Exempt | |
| Credit Hours: | ☐ Exempt    ✓ Not Exempt | |
| Core Curriculum Content Standards: | ☐ Exempt    ✓ Not Exempt | |

Provide a description of any alternate requirements to be achieved by the student to qualify for a State-endorsed diploma:

Rev. 2/2/09 ab

21

# Notice Requirement for the IEP and Placement

This form describes the information required in each of the components of written notice for an IEP meeting. The written notice includes the IEP as a description of the proposed action and a description of the procedures and factors used in determining the proposed action.

Proposed action and why the district has taken such action:

The attached IEP describes the proposed program and placement, and was developed:

☐ As a result of an Initial Evaluation and Determination of Eligibility
     As a result of an Annual Review.
As a result of a Reevaluation.
☐ In response to a Parental Request.
☐ To propose a Change in Placement.
☐ To review the Behavioral Intervention Plan.
Other:  Related services planning/ IEP update

Any options considered and the reasons those options were rejected:

The procedures, tests, records or reports and factors used in determining the proposed action:
(Note:  The sources of information used to develop the proposed IEP are listed in the present levels of educational performance)

If applicable, any other factors that are relevant to the proposed action:

## Procedural Safeguards Statement

As the parent of a student who is, or may be determined, eligible for special education services or as an adult student who is, or may be determined, eligible for special education, you have rights regarding identification, evaluation, classification, development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education, N.J.A.C. 6A:14. A description of these rights, which are called Procedural Safeguards, is contained in the document, *Parental Rights in Special Education* (PRISE). This document is published by the New Jersey Department of Education.

A copy of PRISE is provided to you upon referral for an initial evaluation, when a disciplinary action that constitutes a change in placement is imposed by your school district, and the first time a due process hearing or complaint investigation is requested. In addition, a copy will be provided to you at your request.

To obtain a copy of PRISE, please contact the Special Services Office at: (973) 691-4008 ext. 8400.

For help in understanding your rights, you may contact any of the following:

- Michael Iannucci, Director of Special Services       (973) 691-4008 Ext. 8401
- Statewide Parent Advocacy Network (SPAN)       (800) 654-7726
- Protection and Advocacy, Inc.       (800) 922-7233
- Morris County Supervisor of Child Study Team       (973) 285-8336

Case Manager:   **Julian Johnson, MSW** _____   Telephone Number   973-927-2208 ext 7403

## Parental Consent for Initial IEP Implementation

Your signature is required to give consent before the proposed IEP services can start.

I / We have received a copy of the Proposed IEP and give consent for the IEP services to start.

Signature(s)   _____       Date:   _____

Signature(s)   _____       Date:   _____

Rev. 2/2/09 ab

23

## Consent for IEP Implementation

IEP REVIEW:  This form is to be used for all IEPs that are developed after consent for the initial IEP has been provided.  Your signature is NOT required for implementation of this IEP after 15 days have expired from the date written notice was provided.

You have the right to consider the proposed IEP for up to 15 calendar days.  To have the IEP services start before the 15 days expire, you must sign below.  If you take no action, the IEP will be implemented after the 15th day from the date notice is provided.

If you disagree with the IEP and you do not request mediation or a due process hearing from the New Jersey Department of Education, Office of Special Education Programs, the IEP will be implemented without your signature after the 15 days have expired.

We have received a copy of the proposed IEP and agree to have the IEP services start before the 15 calendar days have expired.

Signature: _____     Date: _____

Signature: _____     Date: _____

Signature: _____     Date: _____

## For District Use Only

☐  A copy of this IEP was handed to the parent on:     Date: _____

☑  A copy of this IEP was mailed to the parent on:     Date: 7|19|11

_____     7|19|11
Signature of School District Personnel                        Date

Rev. 2/2/09 ab

★ CASE MGR ⟶ HSR MTG. 6/20/11

NOTES

T. C ████

## Transition Plan

1) - Assist ████ w/ exploring colleges
2) - College ████ CIP Programs
   - Centrally located, to support
   colleges students who need greater
   support for students w/ cog-
   nitive deficits (████)
3) - Contact theatre union (████ tado)
4) - Speech / Language to address social
   skills / language pragmatics

## ESY Program — Transportation Request

Vocational Assessment
Call Dr. DaSilva   social skills
#6 - Will it meet his needs!

## ESY Program

ABA Therapy - Centrally located place
3x week - for 1 hour
Speech   - on site
2x week ??

✳✳ Specify transportation request

Vocational Assessment

Speech
1st Wk - 12:30 - 1PM   2x week
2nd Wk -

Speech in the Fall - considering lunch
period

B: Weekly Counseling
w/ Guidance Staff
for Naviance

- DVRs Consultation
- Vocational Assessment for Tyler

** Autism Training- In Service,
Professional for all teachers

<u>Vocational Plan</u>
Emphasize aptitude + interests

*Mom to fill out daily living skill
needs sheets.

*[handwritten annotations:]* ABA/SOUND SENSITIVITY INFO REMOVED FROM THIS "NEW" IEP.
*SOE 2011/IEP.
REC. EXHIBIT B 10/19/12
PICKED UP @ SCHOOL

## Mount Olive Township Schools
89 Route 46
Budd Lake, NJ 07828
PHONE (973) 691-4008

## INDIVIDUALIZED EDUCATION PROGRAM

**Conference Type:** ☐ Initial  ☐ Annual Review  ☐ Re-Eval  ☐ Transfer  ☒ Revision (Date: 10/19/2011)

### STUDENT INFORMATION

| | |
|---|---|
| **STUDENT NAME:** T___ C___ | **STATE ID NUMBER:** 1098211028 |
| **PARENT/GUARDIAN(S):** Ms. D___ C___ | **DATE OF BIRTH:** 4/16/1993    **AGE:** 18-6 |
| **ADDRESS:** 76 Clinton Avenue | **GRADE:** 12 |
| | **NATIVE LANGUAGE:** English |
| Budd Lake, NJ 07828 | **CASE MANAGER:** Julian Johnson |
| **PHONE:** (973) 527-7201 | **PERCENT OF TIME IN GENERAL EDUCATION:** |
| **SCHOOL:** Mt. Olive H.S. | Age 6 or older:  80% OR MORE IN GE |
| **TEACHER:** Elizabeth Miller | Age 5 or younger:  / Hours per Wk in GE |
| **TRANSPORTATION:** | **ELIGIBILITY CATEGORY:** |
| ☐ PUBLIC    ☐ NON-PUBLIC | AUTISTIC |
| ☐ OUT-OF-DISTRICT    ☐ PRIVATE | **FEDERAL CLASSIFICATION:** |
| **PROGRAM:** RESOURCE | ELIGIBLE FOR SPECIAL ED AND RELATED SERVICES |

| Parent/Guardian Consent Date | Current Eligibility Conference Date | Last IEP Conference Date | Current IEP Conference Date | Program Start and End Dates |
|---|---|---|---|---|
| 9/29/2006 | 5/12/2010 | 5/13/2011 | 10/19/2011 | 10/19/2011 – 10/18/2012 |

### STATEMENT OF SPECIAL EDUCATION AND RELATED SERVICES

**SPECIAL EDUCATION SERVICES:** State the special education services by instructional area. For in-class programs also state amount of time the resource or supplementary instruction teacher is present in the general education class [N.J.A.C. 6A:14-3.7(e)4 and N.J.A.C. 6A:14-3.7(e)8]. For pull-out replacement resource and special class programs, state the amount of instruction in each subject area, which must be equal to the amount of instructional time in general education for each subject area [N.J.A.C. 6A:14-4.1(i)].

| State the special education services by instructional area. | Dates the services will begin and end | Frequency | Location | Duration |
|---|---|---|---|---|
| Study Skills | 10/19/2011 – 6/21/2012 | 3 out of 4 times per week in a rotating block schedule | Resource Center | 52 minutes |
| English with In Class Support | 10/19/2011 – 6/21/2012 | 3 out of 4 times per week in a rotating block schedule | General Education | 52 minutes |
| | - | | | |
| | - | | | |
| | - | | | |
| | - | | | |
| | - | | | |
| | - | | | |

**RELATED SERVICES:** State the related services [N.J.A.C. 6A:14-3.7(e)4]. Include, as appropriate, a statement of Integrated therapy services to be provided. Specify the amount of time the therapist will be in the classroom. If speech-language services are included, specify whether the services will be provided individually or in a group. Specify the group size. [N.J.A.C. 6A:14-3.7(e)5, N.J.A.C. 6A:14-3.7(e)8 and 6A:14-4.4(a)1I].

| State the related services | Dates the services will begin and end | Frequency | Location | Duration |
|---|---|---|---|---|
| SPEECH/LANGUAGE SMALL GROUP < 5 | 9/5/2011 – 6/15/2012 | 58 sessions per school year | Designated Speech Location | 20 minutes |
| ABA THERAPY INDIVIDUAL | 9/5/2011 – 6/15/2012 | 3 days per week | MOHS | 60 minutes |
| 1:1 AIDE | 9/5/2011 - 6/15/2012 | 5 days per week | MOHS | Entire School Day |

NJ IEP RS1.dot - Rev. 12-2010

T___ C___ - Page 1

|  | - |  |  |  |
|---|---|---|---|---|
|  | - |  |  |  |
|  | - |  |  |  |
|  | - |  |  |  |
|  | - |  |  |  |
|  | - |  |  |  |

## IEP PARTICIPANTS

Please sign in the appropriate space.* A signature in this section of the IEP documents participation in the meeting and does not indicate agreement with the IEP.

| Participant | Signature | Date |
|---|---|---|
| Student, if appropriate or required<br>T███ C███ | | |
| Parent/Guardian<br>Ms. D███ C███ | | |
| Parent/Guardian<br>Ms. D███ C███ | | |
| General Education Teacher<br>R1 | | |
| Special Education Teacher or Provider<br>Elizabeth Miller | | |
| Child Study Team Member | | |
| Case Manager (May be the CST member above.)<br>Julian Johnson | | |
| School Representative (May be the CST member or other appropriate school personnel.) | | |
| Specialist | | |
| Other | | |

* If a required member of the IEP team has been excused from participating in the meeting with parental consent, note the excusal in the required team member's space.

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**Consider relevant data.** List the sources of information used to develop the IEP.

| Evaluation | Evaluation Date | Evaluator |
|---|---|---|
| Neuropsychological | 1/28/2011 | Dr. Daniel DaSilva |
| Educational | 12/8/2010 | Christine Pokrywa, LDT-C |
| Social | 9/7/2010 | Julian Johnson, School Social Worker |
| | | |
| | | |
| | | |
| | | |

**Describe the present levels of academic achievement and functional performance including how the student's disability affects his or her involvement and progress in the general education curriculum.** For preschool children, as appropriate, describe how the disability affects the child's participation in appropriate activities [N.J.A.C. 6A:14-3.7(e)1].

TEACHER SUMMARY(s)

Instructional Area: MATH IN THE REAL WORLD  Teacher: Patricia Sullivan

T██ C██████ demonstrates the following observable learning strengths in Math in the Real World: good attendance, polite and respectful of peers and teachers.  T███ works very hard to succeed in class.

At times T███ is easily distracted during instructional block.  He is encouraged to continue to strengthen his focusing skills for the full class block.  T██ basic math skills are weak causing him to become frustrated while working on class assignments.

Instructional strategies and interventions used that have proven to be beneficial for T██ are the following: preferential seating, allowing T███r to move around the classroom, T███ leaves the room when necessary. Instruction is chunk into manageable parts.

Instructional Area: SPEECH AND LANGUAGE 1  Teacher: Carolyn Zietkiewicz

T██ C██ is currently a senior at MOHS.  His previous speech therapy sessions were ended in May 2010. Speech therapy sessions resumed in July 2011 to address pragmatic language skills.  T███ currently is scheduled for speech-language services 58 times per school year in a small group.

T██s current goals address the use of social (pragmatic) language in a variety of structured settings.  His speech group is comprised of male and female seniors evaluating their own personality traits and applying 'self-knowledge' to future career choices.  As each unit is completed the students discuss their personal feelings/preferences to a variety of environmental factors.  The evaluation process promotes self awareness and permits each student to view others as well. While hesitant to participate in the individual sessions during July, T███ is willing to attend and participate in the September and October sessions.  While it is too early in therapy to evaluate overall progress; T███'s willingness to attend therapy is significant.  During the sessions, he is responsive to questions posed by other students.  He requests clarification when he is unsure of the 'intent' of a question. When asked to do so, he is willing to set up the chairs and prepare the workstations for other students.

Services to be provided, as decided by the IEP team:

_____
Carolyn Zietkiewicz
Speech Language Specialist

NJ IEP RS1.dot - Rev. 12-2010

T██r C█████- Page 4

10/19/2011

Instructional Area: STUDY SKILLS  Teacher: Elizabeth Miller

T███ is currently a senior and enrolled in my study skills class.  He uses his time wisely and does his work daily.  He is often tired if the class is late in the day and he is reluctant to work.  He is given frequent breaks when needed.  T███ is improving in many ways.  His writing and reading skills have improved, even though he struggles with higher level or abstract concepts.  He completes his homework on a daily basis and communicates with the adults in the room.  T███ is organized and has made a good transition into senior year.  His grades are very good at this time.  We continue to help T███ make his needs known and to converse with others.

**For preschool students, review the preschool day to determine what accommodations and modifications may be required to allow the child to participate in the general education classroom and activities.** [N.J.A.C. 6A:14-3.7(c)11].
This student is not a preschool student.

**Include other educational needs that result from the student's disability [N.J.A.C. 6A:14-3.7(e)3ii].**
Not applicable

**In addition, consider each special factor identified in N.J.A.C. 6A: 14-3.7(c) (The need for Consultation; Behavioral needs; Language needs; Communication needs; Auditory needs; need for Assistive technology devices and services; and Visual needs.).** If in considering the special factors, the IEP team determines that the student needs a particular device or service (including an intervention, accommodation or other program modification) to receive a free, appropriate public education, the IEP must include a statement to that effect in the appropriate section.  If a factor is not applicable, note as such.
Student Strengths: T███ is a very respectful, pleasant student who interacts well with peers and adults alike.  He is a member of the MOHS Drama Club, in which he assists the stage crew with productions during the school year.

Functional and / or Behavioral needs and concerns: T███ will be participating in a weekly social skills group to assist with development of daily living skills such as self advocacy, problem solving, and goal setting.

Limited English proficiency needs: T███ speaks English.

Vision Needs: T███ is not visually impaired.

Language and / or Communication needs: T███ receives speech therapy to address language pragmatics in varied structured settings.

Assistive Technology needs: T███ will have the use of a computer laptop and calculator as needed.

Transitional service needs: T███ will be provided with a consultation from DVRS representative to discuss prospective services.
Parent input and / or concerns:  Parent is concerned that T███ is not adequately prepared to transition from high school into postsecondary opportunities.  Parent would like for teachers to receive specialized training on instructional delivery to autistic students in the areas of differentiated instruction, test and assignment modifications.

| ELIGIBILITY STATEMENT |
| --- |



- "Autistic" means a pervasive developmental disability which significantly impacts verbal and nonverbal communication and social interaction that adversely affects a student's educational performance. Onset is generally evident before age three. Other characteristics often associated with autism are engagement in repetitive activities and stereotyped movements, resistance to environmental change or change in daily routine, unusual responses to sensory experiences and lack of responsiveness to others. The term does not apply if the student's adverse educational performance is due to emotional disturbance as defined in (c)5 below. A child who manifests the characteristics of autism after age three may be classified as autistic if the criteria in this paragraph are met. An assessment by a certified speech-language specialist and an assessment by a physician trained in neurodevelopmental assessment are required.

EDUCATIONAL ASSESSMENT: WOODCOCK JOHNSON III-R: 12/8/2010

    T██'s broad reading skills and reading comprehension skills are in the low range. T██ presents with average word attack skills, which indicates that he has a knowledge base for decoding words and sound-symbol relationships. T██'s broad math skills are in the very low range. T██'s attentional difficulties as well as his low frustration tolerance for math may have had a negative impact on his performance in this area. It is important to note that T██'s difficulty with attention may have had a negative influence on all of the areas in this educational evaluation.

SOCIAL ASSESSMENT: 9/7/2010

    T██ is classified for special education and related services under the category of autism. T██ was diagnosed with PDD-NOS when he was 3.5 years old. T██ resides with his mother and younger brother in a single family home in Budd Lake, NJ. T██'s mother withdrew him from school in April 2003 (4th grade) to begin home schooling him. T██ was home schooled for the balance of the 4th grade school year until he enrolled at Mt. Olive Middle School during the 3rd marking period of the 7th grade. Mother reported that T██ is compassionate, thoughtful, honest and motivated to achieve his goals in life.

NEUROPSYCHOLOGICAL EVALUATION: Wechsler Adult Intelligence Scale for Children - 4th Edition, Connors Continuous Performance Test-II, Trail Making Test, Hooper Visual Organization Test, Rey Osterrieth Complex Figure Test, Wide Range Assessment of Memory and Learning-Second Revision, Wide Range Achievement Test-Fourth Revision: 1/28/2011

    T██'s neurocognitive profile is consistent with his previous profile with some evidence of evolution in isolated areas. T██'s executive weaknesses affecting processing speed and modulation appear more prominent and his relative weaknesses in language function persist. However, more notable is his presentation on the behavior indicators. Consistent with observed behaviors during the intake and testing, notable impairments in social pragmatics are evident. In addition to his cognitive variability, these deficits impact significantly on his day to day functioning. On the other hand, assets in aspects of visual processing and problem solving are evident as are strengths in self-care skills. Overall, T██'s presentation is clearly driven by both behavioral and cognitive factors and recommended interventions should be geared to adequately address both aspects.

## STATEMENT OF TRANSITION PLANNING

Beginning with the IEP in place for the school year when the student will turn age 14, or younger, if appropriate, develop the long range educational plan for the student's future. Review annually.

**Statement of the student's strengths, interests and preferences.**
T███ enjoys videos, computers, stage work, reading, and playing Wii video games. He has expressed interest in pursuing computer animation as a full time career.

## APPROPRIATE MEASURABLE POSTSECONDARY GOALS

**Postsecondary Education: (Including, but not limited to, college, vocational training, and continuing and adult education)** T███ expressed interest in college after graduating from high school

**Employment/Career:** T███ is interested in pursuing a full time career in computer animation. He also expressed interest in working in the theatre arts field.

**Community Participation: (Including, but not limited, to recreation and leisure activities, and participation in community organizations)** T███ is a member of the MOHS Drama Club, in which he works with the stage crew. With support, T███ developed the Music and film club, which meets monthly at the Mt. Olive Library. The club currently has 15 members and is steadily growing. This club provides another avenue to integrate his varied interests into his community involvement and interaction with other students. In October 2008, T███ attended the Student Voices of Self Advocacy, which was sponsored by SPAN. He also attended the Dare to Dream Program with other students from MOHS. Both programs are designed to assist students with transition planning and self development. This past summer, T██r attended the Broadway Summer Conservatory, which is a drama camp offered to MOHS students. T███ participated in acting, directing, and set building. As a part of T███'s transition process, this experience merged one of his personal interests with postsecondary and career goals.

**Independent Living:** T███'s goal is to live independently in his own apartment as an adult

## COURSES OF STUDY

Considering the student's strengths, interests, preferences, and desired postsecondary goals, list the specific courses of study for the period of time covered by this IEP. Include both general education and special education courses. When appropriate, identify the courses of study projected for future years.

**Grade 9  Courses of Study (List course names):**  PE/Health, Crafts I, Computer Keyboarding, Desktop Publishing, RC English I, Exploratory History I, Algebra with in class support, Earth Science Core with in class support, Study Skills.

**Grade 10  Projected Courses of Study (List course names):**  RC English II, Exploratory History II, Geometry with in class support, Biology with in class support, PE/Health, Study Skills, Foundations of Spanish, Computer Graphics

**Grade 11  Projected Courses of Study (List course names):**  RC English III, RC Algebra II, Study Skills, RC World History, PE/Hea;th, electives

**Grade 12  Projected Courses of Study (List course names):**  Core English IV, Study Skills, Msth or Science, PE/Hea;th, electives

## RELATED STRATEGIES AND/OR ACTIVITIES

In addition to the courses listed above, list related strategies and/or activities that are consistent with the student's strengths, interests, and preferences, and are intended to assist the student in developing or attaining postsecondary goals related to training, education, employment and, if appropriate, independent living.

- Student has applied for DDD services which will support  the student in attaining postsecondary goals related to training and independent living. *NOT ACCURATE .*

## STATEMENT OF CONSULTATION

☒ **Information/advice is needed from Division of Vocational Rehabilitation Services and/or other agency or agencies.**
List the name of any agency from which technical consultation is needed:  DVRS
CASE Horizons
Division of Developmental Disabilities

**NAME OF THE SCHOOL STAFF PERSON WHO WILL BE THE LIAISON TO POSTSECONDARY RESOURCES:**
School Social Worker, Guidance Counselor

## STATEMENT OF NEEDED INTERAGENCY LINKAGES AND SCHOOL DISTRICT RESPONSIBILITIES

As appropriate to the anticipated needs of the student, list all agencies to which the student will be referred by the school district liaison to postsecondary resources in the spaces below.  List the responsibility of the school district and/or student/parent(s) with respect to contacting each agency listed and providing needed information or documentation to each such agency.

**AGENCY:**  Division of Developmental Disabilities
**School district responsibilites:** Maintain contact with DDD case manager  ?
**Student/parent responsibilities:** Parents have registered T███ with DDD

**AGENCY:**  Division of Vocational Rehabilitation Services (DVRS)
**School district responsibilities:** Invite thhe student and parent to attend an information session presented bu a DVRD representative
**Student/parent responsibilities:** Attend the information session, nake an appoint with DVRS representative, register student

**AGENCY:**  C.A.S.E (Center for Academic Support and Enrichment) Horizons at the County College of Morris (973) -328-5284 www.ccm.edu/horizons
**School district responsibilities:** Provide program information to student and parent
**Student/parent responsibilities:** Student and parent are required to contact CASE Horizons to schedule a time to meet with a representative from the program. At this time, an application wil be given to the student to complete  ? and submit.

## STATEMENT OF TRANSITION SERVICES: COORDINATED ACTIVITIES/STRATEGIES

Beginning with the IEP in place for the school year when the student will turn age 16 or younger, if appropriate, complete the following multi-year plan for promoting movement from school to the student's desired post-school goals. The student's needs, strengths, interests and preferences in each area (instruction, community experiences, etc.) must be considered and responsibilities should be shared among participants (student, parent, school staff, outside agencies, employers, etc.).

| Activities/Strategies Related to Measurable Postsecondary Goals | Expected Date of Implementation | Person or Agency Arranging and/or Providing Services |
|---|---|---|
| **Instruction – Postsecondary Education/Training**<br>Obtain information regarding admissions, tuition assistance, program offerings for students who require greater levels of support<br>Contact theatre unions for propective opportunities within stage crew<br>Obtain program information from DDD, DVRS,CASE Horizons<br>Attend information session at MOHS, presented by DVRS representative | 2010-2011<br>2011-2012 | School Social Worker, Guidance Counselor, Student, Parent |
| **Related Services**<br>Visit potential post school [roviders of related services | 2011-2012 | School Social Worker |
| **Community Experiences**<br>Student encouraged to continue participation in MOHS clubs/ organizations and local community activities | 2010-2011<br>2011-2012 | Student, MOHS, School Social Worker |
| **Employment**<br>Take career interest inventory, assess personal strengths, interests | 2010-2011<br>2011-2012 | School Social Worker, Guidance Counselor |
| **Adult Living Objectives**<br>Learn about services offered through Division of Developmental Disabilities | 2010-2011 | School Social Worker, Parents |
| **Daily Living Skills**<br>Explore assistive technology and possible adaptive assistance | 2010-2011<br>2011-2012 | School Social Woker |
| **Functional Vocational Evaluation**<br>Pre-vocational evaluation may be conducted during student's senior year in high school | 2011-2012 | Special Services, Guidance Counselor |

## TRANSFER OF RIGHTS AT AGE OF MAJORITY

☐ **OPTION I:** At least three years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority, unless the parent(s) obtain guardianship [N.J.A.C. 6A:14-3.7(e)14]. The district may use the following description to document that the student and parent(s) have been informed of the rights that will transfer. The IEP team may include this statement at age 14 when transition planning begins.

On 4/16/2011, T█ C█ will turn age 18 and become an adult student. The following rights will transfer to T█:

➢ The school district must receive written permission from T█ before it conducts any assessments as part of an evaluation or reevaluation and before implementing an IEP for the first time.

➢ The school must send a written notice to T█ whenever it wishes to change or refuses to change the evaluation, eligibility, individualized education program (IEP), placement, or the provision of a free, appropriate public education (FAPE).

➢ You, the parent(s), may not have access to T█'s educational records without his consent, unless he continues to be financially dependent on you.

➢ The district will continue to provide you, the parent(s), with notice of meetings and of any proposed changes to your adult child's program.

➢ Any time T█ disagrees with his special education program, he is the only one who can request mediation or a due process hearing to resolve any disputes arising in those areas.

If T█ wishes, he may write a letter to the school giving you, the parent(s), the right to continue to act on his behalf in these matters.

☐ **OPTION II:** At least three years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority unless the parent(s) obtain guardianship [N.J.A.C. 6A:14-3.7(e)14]. The district may inform the student and the parent(s) by letter of the rights that will transfer.  If a letter is used, complete the following:

☐ T█ C█ (Student) was informed in writing on _____ (Date) of the rights that will transfer to ___ at age eighteen.

☐ Ms. D█ C█ (Parent[s]) _____ informed in writing on _____ (Date) of the rights that will transfer at age eighteen.

## BEHAVIORAL INTERVENTIONS

**N.J.A.C. 6A:14-3.7(c)4 requires consideration of behavioral needs.  If behavior impedes the student's learning or the learning of others, the IEP team must consider, when appropriate, strategies, including positive behavioral interventions and supports to address that behavior.  When needed, a behavior intervention plan must be included in the IEP.   The following are** <u>suggested topics</u>**:**

- **Target behavior:**  - Considered not needed.

- Documentation of prior interventions and student response:

- **Description of the positive supports/interventions, including the conditions under which the supports/interventions will be implemented:**

- Procedures for data collection to evaluate the effectiveness of the interventions:

- Conditions under which the supports/interventions are changed:

- Conditions under which the supports/interventions will be terminated:

- Parental involvement:

## GOALS AND OBJECTIVES

(Academic goals should be related to the Core Curriculum Content Standards through the general education curriculum unless otherwise required according to the student's educational needs. Preschool academic goals should be related to the Preschool Teaching & Learning Expectations: Standards of Quality)

| ACADEMIC AND/OR FUNCTIONAL AREA: | SPEECH AND LANGUAGE 1 (2011-12 IEP) |
|---|---|

**ANNUAL MEASURABLE ACADEMIC AND/OR FUNCTIONAL GOAL:** TO IMPROVE PRAGMATIC LANGUAGE SKILLS

1. Improve his ability to initiate, maintain and terminate a conversation appropriately in all of his speaking situations
2. Introduce an appropriate topic for conversation within a small structured peer group
3. Maintain a conversation for three or more exchanges
4. To appropriately respond to an introduction and introduce others

| BENCHMARKS OR SHORT TERM OBJECTIVES: | CRITERIA | EVALUATION PROCEDURES | PROGRESS | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 1.1 Will effectively initiate conversation in a structured social setting | | Class Participation; Teacher Observation; Class work/Homework; Projects/Papers; Tests/Quizzes | | | | |
| 1.2 Will terminate a conversation appropriately in a structured social setting | | | | | | |
| 1.3 Will maintain a conversation appropriately in a structured social setting | | | | | | |
| 2.1 Introduce an appropriate topic for conversation within a small structured peer group with one verbal prompt | | | | | | |
| 2.2 Introduce an appropriate topic for conversation within a small structured peer group with one visual prompt | | | | | | |
| 2.3 Introduce an appropriate topic for conversation within a small structured peer group with no prompt | | | | | | |
| 3.1 Maintain a conversation for three or more exchanges by making a comment | | | | | | |
| 3.2 Maintain a conversation for three or more exchanges by asking a follow-up question with 1 prompt | | | | | | |
| 3.3 Maintain a conversation for three or more exchanges by expressing support | | | | | | |
| 3.4 Maintain a conversation for three or more exchanges by giving a compliment | | | | | | |
| 4.1 Will appropriately respond to an introduction | | | | | | |
| 4.2 Will appropriately introduce others | | | | | | |
| | | | | | | |
| | | | | | | |

Comment:

Progress Key:  I – Introduced     N – Not Introduced     R - Re-introduced     LP – Limited Progress     P – Progressing     M – Mastered

(Academic goals should be related to the Core Curriculum Content Standards through the general education curriculum unless otherwise required according to the student's educational needs. Preschool academic goals should be related to the Preschool Teaching & Learning Expectations: Standards of Quality)

| ACADEMIC AND/OR FUNCTIONAL AREA: | SPEECH AND LANGUAGE 1 (2011-12 IEP) |
|---|---|

**ANNUAL MEASURABLE ACADEMIC AND/OR FUNCTIONAL GOAL:** TO IMPROVE PRAGMATIC LANGUAGE SKILLS

1. Improve his ability to initiate, maintain and terminate a conversation appropriately in all of his speaking situations
2. Introduce an appropriate topic for conversation within a small structured peer group
3. Maintain a conversation for three or more exchanges
4. To appropriately respond to an introduction and introduce others

| BENCHMARKS OR SHORT TERM OBJECTIVES | CRITERIA | EVALUATION PROCEDURES | PROGRESS | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 1.1 Will effectively initiate conversation in a structured social setting | | SLP quarterly progress reports, parent and teacher reports | | | | |
| 1.2 Will terminate a conversation appropriately in a structured social setting | | | | | | |
| 1.3 Will maintain a conversation appropriately in a structured social setting | | | | | | |
| 2.1 Introduce an appropriate topic for conversation within a small structured peer group with one verbal prompt | | | | | | |
| 2.2 Introduce an appropriate topic for conversation within a small structured peer group with one visual prompt | | | | | | |
| 2.3 Introduce an appropriate topic for conversation within a small structured peer group with no prompt. | | | | | | |
| 3.1 Maintain a coversation for three or more exchanges by making a comment | | | | | | |
| 3.2 Maintain a coversation for three or more exchanges by asking a follow-up question with 1 prompt | | | | | | |
| 3.3 Maintain a conversation for threee or more exchanges by expressing support | | | | | | |
| 3.4 Maintain a coversation for threee or more exchanges by giving a compliment | | | | | | |
| 4.1 Will appropriately respond to an introduction | | | | | | |
| 4.2 Will appropriately introduce others | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Comment:**

Progress Key:  I – Introduced   N – Not Introduced   R - Re-introduced   LP – Limited Progress   P – Progressing   M – Mastered

(Academic goals should be related to the Core Curriculum Content Standards through the general education curriculum unless otherwise required according to the student's educational needs. Preschool academic goals should be related to the Preschool Teaching & Learning Expectations: Standards of Quality)

| ACADEMIC AND/OR FUNCTIONAL AREA: | SPEECH AND LANGUAGE 2 (2011-12 IEP) |
|---|---|

**ANNUAL MEASURABLE ACADEMIC AND/OR FUNCTIONAL GOAL:**    5. Improve self-advocacy skills
6. Improve language skills
7. Improve ability to relate to others

| BENCHMARKS OR SHORT TERM OBJECTIVES: | CRITERIA | EVALUATION PROCEDURES | PROGRESS | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5.1 Identify when he needs a break and appropriately request one | 70% Accuracy | SLP quarterly progress report, teacher and parent observations | | | | |
| 5.2 Ask for help or directions when needed | 70% Accuracy | | | | | |
| 6.1 Formulate a prediction based on data presented and live experiences | 70% Accuracy | | | | | |
| 6.2 Infer setting, plot, character analysis based on stated and implied data | 70% Accuracy | | | | | |
| 6.3 Formulate 2 possible solutions to a problem based on data and life experience | 70% Accuracy | | | | | |
| 7.1 Monitor tone of voice for appropriateness | 70% Accuracy | | | | | |
| 7.2 Demonstrate awareness of listener needs | 70% Accuracy | | | | | |
| 7.3 Make requests using an asking model rather than a telling model | 70% Accuracy | | | | | |
| 7.4 Recognize, identify and relate another person's perspective | 70% Accuracy | | | | | |
| 7.5 Identifying his own feelings in a variety of settings | 70% Accuracy | | | | | |
| 7.6 Identifying the feelings of others in a variety of settings | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*[handwritten note: DOWN FROM 100% EXPECTATIONS SINCE 2010 IEP.]*

| Comment: |
|---|
| Progress Key: I – Introduced    N – Not Introduced    R – Re-introduced    LP – Limited Progress    P – Progressing    M – Mastered |

(Academic goals should be related to the Core Curriculum Content Standards through the general education curriculum unless otherwise required according to the student's educational needs. Preschool academic goals should be related to the Preschool Teaching & Learning Expectations: Standards of Quality)

| ACADEMIC AND/OR FUNCTIONAL AREA: | STUDY SKILLS (2011-12 IEP) |
|---|---|

**ANNUAL MEASURABLE ACADEMIC AND/OR FUNCTIONAL GOAL:**

| BENCHMARKS OR SHORT TERM OBJECTIVES: | CRITERIA | EVALUATION PROCEDURES | PROGRESS | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| Limit the assignment of work to that which can be completed correctly to demonstrate mastery of the topic. | 70% Accuracy | one-on-one evaluation, graded lessons, work accomplished, progress in mainstream and classroom behavior. | | | | |
| Provide copy of notes to student or Special Education Teacher. | 70% Accuracy | | | | | |
| Provide practice in following written/oral directions | 70% Accuracy | | | | | |
| Permit student to type assignments. | 70% Accuracy | | | | | |
| Provide assistance in note taking. | 70% Accuracy | | | | | |
| Provide for frequent reviews. | 70% Accuracy | | | | | |
| Highlight major points of a lesson. | 70% Accuracy | | | | | |
| Break assignments into small segments. | 70% Accuracy | | | | | |
| Reduce amount of paper and pencil work | 70% Accuracy | | | | | |
| Shorten assignments  Allow more time. | 70% Accuracy | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Comment: |
|---|

Progress Key: 1 – Introduced    N – Not Introduced    R – Re-Introduced    LP – Limited Progress    P – Progressing    M – Mastered

| MODIFICATIONS AND SUPPLEMENTARY AIDS AND SERVICES IN THE GENERAL EDUCATION CLASSROOM | |
|---|---|
| State the modifications for the student to be involved and progress in the general education curriculum and be educated with nondisabled students. State the supplementary aids and services that will be provided to the student or on behalf of the student [N.J.A.C. 6A:14-3.7(e)4]. Identify any assistive technology devices and services to be provided. Attach additional pages as necessary. | |
| State the modifications to enable the student to participate in the general education curriculum. | State the supplementary aids and services. |
| Use short, highly structured assignments<br><br>Be consistent in expectations<br><br>Provide sample problems for reference<br><br>Use drill and repetition<br><br>Establish eye contact before giving directions<br><br>Limit length of assignments<br><br>Provide extra time to take or complete tests<br><br>Reduce the number of items on tests<br><br>Permit self-removal from class to prevent escalation of frustration<br><br>Permit student to use computer to take notes when possible<br><br>Use of Calculator<br><br>Quiz/Test Correction for credit<br><br>Grade only the work that was completed<br><br>Extra book to be sent home, extra time when needed on tests,  assignments and any outside work.<br><br>use word bank, multiple choice questions<br><br>Reduce amount of work given<br><br>reduce amount of content for which student will be responsible<br><br>Grade only amount of work done<br><br>use of laptop<br><br>study guide for final exam provided two weeks in advance<br><br>All handouts need to be clear, one-sided, no color copies, no holes punched, and use enlarged print. Limit to one sheet per night | Computers / Computer Software<br>Peer tutoring<br>Study guide or class notes provided by teacher or peer |

| | |
|---|---|
| spec ed teacher will provide copy of notes<br><br>ICS teacher will provide organizational strategies<br><br>Give examples and instructions for homework assignments and projects for parent to assist with reinforcement at home<br><br>Allow for physical breaks when needed<br><br>communicate any difficulties with parent<br><br>credit for test corrections | |

| MODIFICATIONS AND SUPPLEMENTARY AIDS AND SERVICES IN THE SPECIAL EDUCATION CLASSROOM | |
|---|---|
| If the student will not be participating in the general education classroom, state the modifications and supplementary aids and services to enable the student to be involved and progress in the general education curriculum in the special education classroom. Identify any assistive technology devices and services to be provided. Attach additional pages as necessary. | |
| State the modifications to enable the student to participate in the general education curriculum. | State the supplementary aids and services. |
| track T█'s classes and help him do the work involved<br><br>contact his teachers weekly to see if there is anything he is missing or needs to review<br><br>go over his agenda daily<br><br>encourage him to read more on his own | Computers / Computer Software<br>Peer tutoring<br>Study guide or class notes provided by teacher or peer |

| SUPPORTS FOR SCHOOL PERSONNEL |
|---|
| State the supports for school personnel that will be provided for the student [N.J.A.C. 6A:14-3.7(e)4]. |

Case Manager, Guidance Counselor and Administrator
Consultation between General Education and Special Education

| PROGRESS REPORTING | |
|---|---|
| State how the parents will be regularly informed of their student's progress toward the annual goals [N.J.A.C. 6A:14-3.7(e)16]. | |
| METHOD | SCHEDULE |
| Report Cards<br>IEP Review | 4 times per year<br>Annually |

## RATIONALE FOR REMOVAL FROM GENERAL EDUCATION

Decisions regarding placement are based on the individual needs of students and must begin with consideration of the general education setting. The purpose of this page is to document the discussions that have occurred with respect to accommodations, modifications, and supplementary aids and services in each academic or functional area that are necessary to educate the student in the general education setting.

If the student will be included in the general education setting for more than 80% of the time, *no rationale is required*. Items 1 through 3 of this section of the IEP need not be completed or included in the student's IEP.

If a student will <u>not</u> be included in the general education setting for more than 80% of the time, items 1 through 3 below MUST be completed for each CONTENT/SUBJECT AREA.

1. Identify the supplementary aids and services that were considered to implement the student's annual goals. [N.J.A.C. 6A:14-4.2(a)8i]. Explain why they are not appropriate to meet the student's needs in the general education class:
   Student will be included in the general education setting for 80% or more of the day

2. Document the comparison of the benefits provided in the regular class and the benefits provided in the special education class [N.J.A.C. 6A:14-4.2(a)8ii].
   Student will be included in the general education setting for 80% or more of the day

3. Document the potentially beneficial or harmful effects which a placement (in the general education class) may have on the student with disabilities or the other students in the class [N.J.A.C. 6A:14-4.2(a)8iii].
   Student will be included in the general education setting for 80% or more of the day

| MODIFICATIONS IN EXTRACURRICULAR AND NONACADEMIC ACTIVITIES |
|---|

State the modifications that will be provided to enable the student to participate in extracurricular and nonacademic activities [N.J.A.C. 6A:14-3.7(e)4ii]. Explain the extent, if any, to which the student will not participate with nondisabled peers in extracurricular activities and nonacademic activities [N.J.A.C. 6A:14-3.7(e)6]. In addition, for students in an out-of-district placement, delineate how the student will participate with nondisabled peers in extracurricular and nonacademic activities including, if necessary, returning the student to the district in order to facilitate such participation [N.J.A.C. 6A:14-3.7(e)17].

There are no restrictions on the student's participation in recreational and non-academic activities.

| DOCUMENT THE PLACEMENT DECISION ACCORDING TO THE FOLLOWING CATEGORIES |
|---|

\* NOTE: In accordance with federal data collection requirements, a student in an out-of-district segregated placement for 50% or more of the school day must be reported as being in that setting for the entire day, regardless of whether the student is in a general education setting for the remainder of the school day.

(Select One):

**STUDENTS WITH DISABILITIES AGES 6 – 21:**

80% OR MORE IN GE

Key:
80% OR MORE IN GE - In the presence of General Education Students for 80% or more of the entire school day
40% THRU 80% IN GE - In the presence of General Education Students between 40% and 80% of the entire school day
LESS THAN 40% IN GE - In the presence of General Education Students for less than 40% of the entire school day
PUBLIC SEPARATE SCHOOL - In buildings with NO General Education Students\*
PRIVATE DAY SCHOOL - Private School for the Disabled (Only day educational costs paid by the district)\*
PRIVATE RESIDENTIAL - Private Residential School for the Disabled (BOTH day and residential costs paid by the district)
HOME INSTRUCTION - Home Instruction
PUBLIC RESIDENTIAL  Public Residential Facility (For reporting by State Agencies ONLY – Department of Human Services, Department of Children and Families; Department of Corrections; Juvenile Justice Commission)

**STUDENTS WITH DISABILITIES AGES 3 -5:**

Key:
50% OR MORE GE - At least 50% of the school week is spent in a regular education early childhood program or Kindergarten.
LESS THAN 50% GE – Less than 50% of the school week is spent in a regular education early childhood program or Kindergarten.
SEPARATE CLASS - Separate Class
SEPARATE SCHOOL - Separate School
RESIDENTIAL FACILITY - Residential Facility
SERVICE PROVIDER LOCATION - Service Provider Location
HOME - Home

| TRANSITION PLANNING FOR STUDENTS IN SEPARATE SETTINGS |
|---|

For students in a separate setting (for all or part of a school day), set forth activities necessary to move the student to a less restrictive placement. A separate setting is defined as a building without general education students.

This student is not in a separate setting

| SPECIAL EDUCATION DETERMINATIONS | |
| --- | --- |
| Document length of school day, if different from length of regular school day [N.J.A.C. 6A:14-4.1(c)].<br>Regular School Day. | Statement of student's transition from elementary to secondary program [N.J.A.C. 6A:14-3.7(e)10]. |

**Determine whether the student needs an extended school year (ESY) program. An extended school year program is provided in accordance with the student's IEP when an interruption in educational programming causes the student's performance to revert to a lower level of functioning and recoupment cannot be expected in a reasonable length of time. [N.J.A.C. 6A:14-4.3(c)].**
This student will be graduating at the completion of the 2011-2012 academic year. However, this student has required an extended school year to prevent regression during the summer break.

**List relevant factors considered in determining whether the student needs an ESY program.**

**If the student requires an ESY program, describe the ESY program.**
☐ Extended School Year - 210 days  ☐ Extended School Year - Less than 210 days

| PARTICIPATION IN DISTRICT AND STATE ASSESSMENT PROGRAM | | |
|---|---|---|
| Assessment | Modifications / Accommodations [N.J.A.C. 6A:14-3.7(e)7] | If the student will not participating in a subject a areas of a district wide Statewide assessment, e why that assessment is appropriate [N.J.A.C. 6A 3.7(e)7i]. |
| District Assessment: | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |
| ☐ Grade 3 State Assessment<br>   ☐ Language Arts Literacy<br>   ☐ Mathematics | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |
| ☐ Grade 4 State Assessment<br>   ☐ Language Arts Literacy<br>   ☐ Mathematics<br>   ☐ Science | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |
| ☐ Grade 5 State Assessment<br>   ☐ Language Arts Literacy<br>   ☐ Mathematics | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |
| ☐ Grade 6 State Assessment<br>   ☐ Language Arts Literacy<br>   ☐ Mathematics | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |

NJ IEP RS1.dot - Rev. 12-2010

| PARTICIPATION IN DISTRICT AND STATE ASSESSMENT PROGRAM | | |
|---|---|---|
| Assessment | Modifications / Accommodations [N.J.A.C. 6A:14-3.7(e)7] | If the student will not b participating in a subject ar areas of a district wide or Sta assessment, explain why assessment is not appropri [N.J.A.C. 6A:14-3.7(e)7] |
| ☐ Grade 7 State Assessment<br>  ☐ Language Arts Literacy<br>  ☐ Mathematics | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |
| ☐ Grade 8 State Assessment<br>  ☐ Language Arts Literacy<br>  ☐ Mathematics<br>  ☐ Science | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |
| ☒ HSPA<br>OR<br>☐ AHSA<br><br>☒ Language Arts Literacy<br>☒ Mathematics<br>☒ Science | **Setting:** A1B-in a small group in a separate room<br><br>B1-Adding time as needed<br>B2-Providing frequent breaks<br>B3-Terminating a section of the test when a student has indicated that he/she has completed all the items he/she can. The examiner must **Scheduling:** ensure that the student has attempted all items in a section since items are not ordered by difficulty. When this accommodation is used, the test must be administered in a small group or individually to avoid distraction.<br><br>**Test Materials:**<br><br>D1A-reading directions out loud<br>D1F-repeating, clarifying, or rewording directions **Test Procedures:** ONLY<br>D1H-using an examiner who is familiar with the student | |
| ☐ SUBJECT AREA TEST(S)<br>  Algebra I | Setting:<br>Scheduling:<br>Test Materials:<br>Test Procedures: | |
| ☐ SUBJECT AREA TEST(S)<br>  Biology | Setting:<br>Scheduling:<br>Test Materials: | |

NJ IEP RS1.dot - Rev. 12-2010

**Test Procedures:**

## GRADUATION REQUIREMENTS

Beginning at age 14, identify the State and local graduation requirements that the student will be expected to meet.  The statement must be reviewed annually. If the student is exempted from meeting any of the graduation requirements that all students are expected to meet or if any of the requirements are modified, provide a rationale below and list any alternate proficiencies the student is expected to achieve.

| State the Graduation Requirement | If the student is NOT exempt from the requirement, place an X in this column. | If the student is exempt from meeting the graduation requirement, provide a rationale for the exemption [N.J.A.C. 6A:14-3.7(e)9i]. |
| --- | --- | --- |
| Attendance: | ☒ | |
| Credit Hours: | ☒ | |
| HSPA or AHSA: | ☐ | This student is exempt from passing the HSPA test. |
| Other (Local Graduation Requirements): | ☒ | |

**Alternate Requirements(s):  Provide a description of any alternate proficiencies to be achieved by the student to qualify for a State endorsed diploma [N.J.A.C. 6A:14-3.7(e)9ii].**

Not Applicalble

| NOTICE REQUIREMENTS FOR THE IEP AND PLACEMENT |
| --- |

This form describes the information required in each of the components of written notice for an IEP meeting. The written notice includes the IEP as a description of the proposed action and a description of the procedures and factors used in determining the proposed action.

**Describe the proposed action [N.J.A.C. 6A:14-2.3(g)1] and explain why the district has taken such action [N.J.A.C. 6A:14-2.3(g)2].**

The attached IEP describes the proposed program and placement and was developed:

☐ as a result of an initial evaluation and determination of eligibility.

☐ as a result of an annual review.

☐ as a result of a reevaluation.

☐ in response to a parental request.

☐ to propose a change in placement.

☐ to review the behavioral intervention plan.

☒ Other:

**Describe any options considered and the reasons those options were rejected [N.J.A.C. 6A:14-2.3(g)3].**
There were no options considered and rejected.

**Describe the procedures, tests, records or reports and factors used in determining the proposed action [N.J.A.C. 6A:14-2.3(g)4].**
Tests, report cards, teacher information, parent/student input

**If applicable, describe any other factors that are relevant to the proposed action [N.J.A.C. 6A:14-2.3(g)5].**

## PROCEDURAL SAFEGUARDS STATEMENT

As the parent of a student who is, or may be determined, eligible for special education services or as an adult student who is, or may be determined, eligible for special education, you have rights regarding identification, evaluation, classification, development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education, N.J.A.C. 6A:14. A description of these rights, which are called procedural safeguards, is contained in the document, *Parental Rights in Special Education* (PRISE). This document is published by the New Jersey Department of Education.

A copy of PRISE is provided to you upon referral for an initial evaluation, when a disciplinary action that constitutes a change in placement is imposed by your school district, and the first time a due process hearing or complaint investigation is requested. In addition, a copy will be provided to you at your request.

**To obtain a copy of PRISE, please contact:**

| Special Services Secretary | (973)-691-4008 X8400 |
| **School District Office or Personnel** | **Phone Number** |

**For help in understanding your rights, you may contact any of the following:**

| Director of Special Services | (973)-691-4008 X8400 |
| **School District Representative** | **Phone Number** |

**Statewide Parent Advocacy Network (SPAN) at (800) 654 - 7726.**

**Protection and Advocacy, Inc., at (800) 922 - 7233.**

| Morris County | (973) 285-8336 |
| **County Supervisor of Child Study** | **Phone Number** |

**CONSENT FOR INITIAL IEP IMPLEMENTATION:**

**Your signature is required to give consent before the proposed IEP services can start.**

**I/we have received a copy of the proposed IEP and give consent for the IEP services to start.**

_____          _____
Signature                                                                          Date

**IEP REVIEW.** This form is to be used for all IEPs that are developed after consent for the initial IEP has been provided. Your signature is NOT required for implementation of this IEP after 15 days have expired from the date written notice was provided.

You have the right to consider the proposed IEP for up to 15 calendar days. To have the IEP services start before the 15 days expire, you must sign below. If you take no action, the IEP will be implemented after the 15th day from the date notice is provided.

If you disagree with the IEP and you do not request mediation or a due process hearing from the New Jersey Department of Education, Office of Special Education Programs, the IEP will be implemented without your signature after the 15 days have expired.

I/we have received a copy of the proposed IEP and agree to have the IEP services start before the 15 calendar days have expired.

_____

Signature                                                    Date

Exhibit C

Di███ C███

| | |
|---|---|
| **From:** | "D███ C███" <tshay@optonline.net> |
| **Date:** | Monday, January 24, 2011 9:34 PM |
| **To:** | <jjohnson@mtoliveboe.org>; <sstaszak@mtoliveboe.org> |
| **Subject:** | T███ IEP issues/Request for Services and Compensatory Services |

Dear Mr. Johnson,

   I am writing to you to follow up our meeting with Ms. Staszak regarding problems with T███ IEP and services provided to him regarding his current aide. As discussed it has been decided that a change of aide for someone that will be more qualified to help T███ with the level of support he needs, in terms of social and daily living skills that T███ needs to be integrated into his academic day as part of his complex and varied transition needs.

   It is imperative that this change of aide, not be a lateral move, as it will mean yet another transition for T███ and the person must be able to show experience for he tasks at hand. In other words, not learning from T███ day to day--but someone that T███ can learn from. There is little time to waste now, and having anyone inexperienced or un qualified will only result in further loss of self esteem and confidence for T███, and should be avoided at all costs.

   Also, due to the lack of services provided and the IEP not being followed for T███'s ESY last summer,

   I request that tutoring be provided at district expense so that T███ has the services he needs and were in the IEP and not provided. We have already discussed these particulars at a previous meeting. This will also insure more academic challenges, something lacking due to the placement into all Resources classes, for reasons again, are still unclear to me when he should be spending more time with typically developing classmates. There was nothing that I can see that has any benefit to T███ that he be in all resources classes, and now he will have to be transitioned into a more academically challenging educational program. The setting would be irrelevant, if T███ was able to work to reach his own next challenges, instead of being in a classroom with different grade levels of work presented depending on the other students levels as well. T███ will need tremendous assistance now, getting back to working where he was last year, as he has regressed in all areas due the the lower expectation, lack of supported challenges during his day, and non-existent home work or projects. Nothing comes home.

   I request that the district provide at professional counseling for T███. I am sure Dr. Dasilva will be making his recommendations when the evaluation process has been completed.

   ---a great deal of emotional strain and stress has been put on T███ for the incident and subsequent incidences that resulted from staff error(the day he was allowed to leave the building due to lack of supervision and overexposure to very loud, sustained noises from another student, as h/ aide--chose to help the other student when Mrs. Gilbert rejected her from the class, citing that "it was not time for her to be here". We have discussed this incident at length and it is known that T███ had walked almost as far as the Middle School, as I was informed by Officer Kluska when he found him. This is my understanding of the events, although I have never heard the same two stories regarding the events that led up to T███ leaving, so I will remain with T███'s version, as I am sure it is the most accurate. as well as all other incidents that have posed problems for T███- less life threatening, but otherwise very distressing to him that are impeding his development in almost every area of concern.

   Also, a technology evaluation is needed to assess the best way that technology can be used in and out of the classroom to support T███'s educational needs and communication and graph motor challenges that writing presents at this time.
Such technology should be introduced to be able to provide the modifications and supports in T███ IMP whenever and wherever necessary, as to not compromise the content of work he can accomplish with the right adjustments to the approach and delivery, as opposed to elimination or "skipping" over content and concepts that T███ is fully capable of learning. Keyboarding should also be integrated in

2/15/2011

to his OT sessions to support his week skills in this area

T█████ is spending too much time in Resources classes and I have seen no reasons that would support this step back, at a time when the supported challenges should be increased as he nears graduation from high school -- especially since no focus at all has been spent on daily living or independence skill as directed by T███'s needs.

Attendance at an appropriate social skills program should be provided to T███ at district expense as part of his currently, non existent transition plan. He is 17 years old. I feel it is long overdue at this point.

In addition, I request that the district provide a Functional Behavioral Assessment, to address areas of behavior that may be impeding meaningful progress for T███ in the areas of both social and the academic challenges. T███ has had ABA services in his IEP for the last two years that have not been provided, by either in a timely consistent manner, or by and staff member that understands anything but ABA, and T███ will requires more of a blended approach than was previously sporadically provided to him.

Thank you,
D███ O███

2/15/2011

**Exhibit D**



## State of New Jersey
DEPARTMENT OF EDUCATION
PO Box 500
TRENTON, NJ 08625-0500

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

CHRISTOPHER D. CERF
*Acting Commissioner*

## COMPLAINT INVESTIGATION REPORT

**Complaint Number:**          C2012-4331

**Respondent:**          Mount Olive Township School District

**County:**          Morris County

**Investigation Conducted By:**          Lisa Ruffner, Complaint Investigator
Office of Special Education (OSE)

**Background:**

This investigation was initiated on July 8, 2011 on behalf of a student with disabilities in the Mount Olive Township School District. Because the parties subsequently agreed to engage in mediation to attempt to resolve the issues contained in this complaint investigation, the complaint was held in abeyance. This investigation moved forward since the parties were unable to resolve this matter in mediation held on August 26, 2011. Investigation procedures included a review of documents provided by the complainant and the district.

**Documentation Reviewed:**

*See Appendix*

**Issue:**

**Whether the district board of education fully implemented the IEP of a student with disabilities.**

**Code Reference:**

N.J.A.C. 6A:14-4.1(a)

**Statement of the Problem:**

The complainant maintains in a written statement that the district failed to provide the student with an extended school year program and services as stated in the IEP.  Specifically, the complainant stated that, in the beginning of the extended school year (ESY) program, the student was assigned to work as a teacher's aide with very small children (pre-kindergarten) who tended to scream.  Because the student became frustrated after days of exposure to the noise, he ran away from school and the police found him approximately a mile from the school.  The student could no longer attend the extended school year program as he was severely impacted by the environment of the extended school year program.  The complainant is seeking compensatory services as the district failed to provide the extended school year program as required by the IEP, and therefore, the parent believes that the student was precluded from attending the program.

**District Response:**

The district responded that the student began attending the extended school year program in the district in the summer.  The student's ESY program consisted of academic reinforcement in a high school level class, along with assisting in a preschool class.  Because the student appeared anxious and reluctant to attend class, the district had the student start in the high school level class and created opportunities to transition him to assisting in other classes.  The student attended the first three days of the ESY program; however, he ran from his parents' car on the fourth day.  The police were called at the parents' behest and the student was located.

The district asserts that the parent advised that she would be keeping the student out of school for a few days following the incident.   The district continually reached out to the parent asking that she send the student back to the ESY program during the summer.

The district asserts that the parent voluntarily chose not to send the student to the ESY program, and therefore, the district is not responsible for compensatory services as attendance in an ESY program is not compulsory.  According to the district, all appropriate services were in place for the student's ESY program; however, the parent chose not to send the student to the same.

**Findings of Fact:**

1. The section of the student's IEP dated May 12, 2010 addressing the extended school year program, stated as follows:

   It was determined that the student needed an extended school year program.  The student was to attend the extended school year program at

Tinc Road Elementary School from July 6, 2011 through August 9, 2011 from 8:30 AM to 12:30 PM. The student's required program was individualized tutoring and to function as a teacher's assistant in a class with elementary school age students.

2. There is no dispute that the student acted as a teacher's aide in a preschool class for the first three days of the ESY program.

3. There is no dispute that the student did not attend the extended school year program after the first week.

**Conclusion:**

**The district was required to provide the student with individual tutoring and permit the student to function as a teacher's assistant with elementary school age students pursuant to N.J.A.C. 6A:14-4.1(a) as stated in the student's IEP. Rather than have the student function as a teacher's assistant with elementary school age students, the district had the student function as a teacher's assistant to preschool students. After three days of the ESY program, the student began to exhibit anxiety and frustration, as stated by both parties, and an incident occurred with the student. At this point, the parent indicated to the district that she would not be sending the student to the ESY program for "a few days." However, in fact, the parent did not send the student to the ESY program for the remainder of the program duration.**

**Notwithstanding the fact that the district remained ready to implement the ESY program upon the student's return, the district failed to implement the ESY program for the student as stated in the IEP. Furthermore, upon the district's realization that the student was experiencing difficulties, the district should have reconvened a meeting of the IEP team to address the issue. Therefore, the district is determined noncompliant, and corrective action is necessary.**

**Corrective Action Plan:**

| Finding:<br>Noncompliance re:<br>IEP Implementation<br>Element #31: FOR INTERNAL USE | | | |
|---|---|---|---|
| **CAP Directive Activities** | **Documentation needed to demonstrate compliance** | **Documentation Due Date** | **Documentation submitted to** |

| | | | |
|---|---|---|---|
| 1.  The district is directed to distribute a memorandum to all child study team members, teachers and district administrators which addresses the requirement to strictly implement an IEP as written. | Copy of memorandum and district  procedures | December 2, 2011 | Lisa Ruffner, Complaint Investigator |
| 2. The district is directed to distribute a memorandum to all child study team members and district administrators which states that if a district is unable to implement an IEP, as written, a meeting of the IEP team should be immediately convened to address the issue. | Copy of memorandum and district procedures | December 2, 2011 | Lisa Ruffner, Complaint Investigator |
| 3. The district is directed to reconvene a meeting of the IEP team to determine whether the student's absence from the ESY program caused regression by reviewing the student's current educational functioning in comparison to the student's academic functioning at the conclusion of the 2010-2011 school year.[1] | Copy of IEP or meeting results | November 30, 2011 | Lisa Ruffner, Complaint Investigator |
| 4. Provide compensatory services, if determined necessary. | Log of Services | May 1, 2012 | Lisa Ruffner, Complaint Investigator |

**Submission and Verification of Corrective Action:**

Pursuant to U.S. Department of Education requirements, the Office of Special Education (OSE) must ensure that any identified noncompliance is corrected as soon as possible, but in no case later than one year from identification. Therefore, the local education agency (district, charter school or receiving

---

[1] To the extent that the parties are unable to resolve the issue of amount and nature of compensatory services, they may contact the investigator to schedule mediation in this matter.

school) is expected to correct the noncompliance according to the timelines established in the corrective action plan, but in no case later than one year from the date the education agency was notified of the noncompliance.

Failure to complete the corrective actions within the one-year timeline does not relieve the education agency of its responsibility for completion and may result in additional action or sanctions by the OSE to ensure completion. These may include the withholding of IDEA funds, until all corrective activities are documented and approved. Once submitted and approved, the OSE will be responsible for verifying the implementation of the corrective action plan through document review and/or onsite visit(s).


Barbara Gantwerk, Assistant Commissioner
Division of Programs and Operations

Date   11/9/11

5

## Appendix

| Document Title | Date |
| --- | --- |
| IEP | May 12, 2010 |