United States District Court
for the District Of New Jersey

| | |
|---|---|
| D.C.<br>*on behalf of T.C. and D.C.*<br><br>         Plaintiffs,<br>    v.<br><br>MOUNT OLIVE TOWNSHIP BOARD OF EDUCATION<br><br>         Defendant. | Civil No.: 12-5592 (KSH)<br><br>**<u>Final Order</u>** |

This matter having come before the Court on the plaintiffs' motions for summary judgment [D.E. 20] and for a preliminary injunction [D.E. 34], and for the reasons set forth in the accompanying opinion [D.E. 40],

**IT IS**, on this 31st day of March, 2014,

**ORDERED** that plaintiffs' motions for summary judgment [D.E. 20] and for a preliminary injunction [D.E. 34] are **DENIED**; and it is further

**ORDERED** that summary judgment is granted *sua sponte* in favor of the defendant; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

                                                            /s/ Katharine S. Hayden
                                                            Katharine S. Hayden, U.S.D.J.